B1 (Official Form 1)(12/11)

| **United States Bankruptcy Court**<br>**Southern District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**I. Kushnir Hotels, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**22-3669029** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3001 North Ocean Drive**<br>**Hollywood, FL**<br>ZIP Code **33019** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Broward** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **601 S Ocean Dr., Hollywood, FL 33019**<br>**340 Desoto St., Hollywood, FL 33019**<br>**335 Monroe St., Hollywood, FL 33019** |

| **Type of Debtor**<br>(Form of Organization) (Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors** | **Tax-Exempt Entity**<br>(Check box, if applicable) | **Nature of Debts**<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)                                                                                                     **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **I. Kushnir Hotels, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)            (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B1 (Official Form 1)(12/11)** | Page 3

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**I. Kushnir Hotels, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ David W. Langley**
Signature of Attorney for Debtor(s)

**David W. Langley 348279**
Printed Name of Attorney for Debtor(s)

**David W. Langley**
Firm Name

**8551 W. Sunrise Blvd., Suite 303**
**Plantation, FL 33322**

_____
Address

**Email: dave@flalawyer.com**
**954-356-0450  Fax: 954-356-0451**
Telephone Number

**April 9, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Israel Kushnir**
Signature of Authorized Individual

**Israel Kushnir**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**April 9, 2013**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **I. Kushnir Hotels, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| USA Express, Inc. 1744 South Miami Avenue Miami, FL 33129 | USA Express, Inc. 1744 South Miami Avenue Miami, FL 33129 | 335 Monroe Street Hollywood, FL 33019 | | 700,000.00 (475,000.00 secured) |
| Nathan Levner 235 Lake Street Oceanside, NY 11572 | Nathan Levner 235 Lake Street Oceanside, NY 11572 | Loan | | 100,000.00 |
| Marc and Nancy Solomon 35 Gatelot Avenue Ronkonkoma, NY 11779 | Marc and Nancy Solomon 35 Gatelot Avenue Ronkonkoma, NY 11779 | Loan | | 100,000.00 |
| Ilan Haber 11 Bayard Street Larchmont, NY 10538 | Ilan Haber 11 Bayard Street Larchmont, NY 10538 | Loan | | 100,000.00 |
| Simona Ronen 39 Hag Street Dania, Haifa 34980 Israel | Simona Ronen 39 Hag Street Dania, Haifa 34980 | Loan | | 100,000.00 |
| Broward County Tax Collector 115 South Andrews Avenue #A100 Fort Lauderdale, FL 33301 | Broward County Tax Collector 115 South Andrews Avenue #A100 Fort Lauderdale, FL 33301 | Real Estate Tax 340 Desoto Street Hollywood, FL 33019 | | 86,690.81 |
| Ilan Haber 11 Bayard Street Larchmont, NY 10538 | Ilan Haber 11 Bayard Street Larchmont, NY 10538 | Loan | | 80,000.00 |
| Broward County Tax Collector 115 South Andrews Avenue #A100 Fort Lauderdale, FL 33301 | Broward County Tax Collector 115 South Andrews Avenue #A100 Fort Lauderdale, FL 33301 | Real Estate Tax 3001 N Ocean Drive Hollywood, FL 33019 | | 61,712.46 |
| Marc and Nancy Solomon 35 Gatelot Avenue Ronkonkoma, NY 11779 | Marc and Nancy Solomon 35 Gatelot Avenue Ronkonkoma, NY 11779 | Loan | | 50,000.00 |
| American Express POB 650448 Dallas, TX 75265 | American Express POB 650448 Dallas, TX 75265 | Credit Card | | 32,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **I. Kushnir Hotels, Inc.**                                          Case No. _____
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Broward County Tax Collector<br>115 South Andrews Avenue #A100<br>Fort Lauderdale, FL 33301 | Broward County Tax Collector<br>115 South Andrews Avenue #A100<br>Fort Lauderdale, FL 33301 | Real Estate Tax<br>335 Monroe Street<br>Hollywood, FL 33019 | | 23,033.17 |
| Law Offices of Mark Perlman, P.A.<br>1820 East Hallandale Beach Blvd.<br>Hallandale, FL 33009 | Law Offices of Mark Perlman, P.A.<br>1820 East Hallandale Beach Blvd.<br>Hallandale, FL 33009 | Real Estate Litigation - Foreclosure Defense | | 14,220.00 |
| Broward County Tax Collector<br>115 South Andrews Avenue #A100<br>Fort Lauderdale, FL 33301 | Broward County Tax Collector<br>115 South Andrews Avenue #A100<br>Fort Lauderdale, FL 33301 | Real Estate Tax<br>Vacant Lot<br>Monroe Street<br>Hollywood, FL 33019 | | 10,887.78 |
| Broward County Tax Collector<br>115 South Andrews Avenue 119A<br>Fort Lauderdale, FL 33301 | Broward County Tax Collector<br>115 South Andrews Avenue 119A<br>Fort Lauderdale, FL 33301 | Tourist Development Tax<br>340 Desoto Street<br>Hollywood, FL 33019 | | 7,876.86 |
| Florida Department of Revenue<br>5050 West Tennessee Street<br>Tallahassee, FL 32399 | Florida Department of Revenue<br>5050 West Tennessee Street<br>Tallahassee, FL 32399 | Estimated Sales Tax<br>340 Desoto Street<br>Hollywood, FL 33019 | | 6,000.00 |
| Broward County Tax Collector<br>115 South Andrews Avenue 119A<br>Fort Lauderdale, FL 33301 | Broward County Tax Collector<br>115 South Andrews Avenue 119A<br>Fort Lauderdale, FL 33301 | Tourist Development Tax<br>3001 North Ocean Drive<br>Hollywood, FL 33019 | | 3,005.52 |
| Florida Department of Revenue<br>5050 West Tennessee Street<br>Tallahassee, FL 32399 | Florida Department of Revenue<br>5050 West Tennessee Street<br>Tallahassee, FL 32399 | Estimated Sales Tax<br>3001 North Ocean Drive<br>Hollywood, FL 33019 | | 3,000.00 |
| Broward County Recording Office<br>115 South Andrews Ave #114<br>Fort Lauderdale, FL 33301 | Broward County Recording Office<br>115 South Andrews Ave #114<br>Fort Lauderdale, FL 33301 | Transfer Fee | | 2,450.00 |
| Bradford J. Beilly, P.A.<br>1144 SE 3 Ave<br>Fort Lauderdale, FL 33136 | Bradford J. Beilly, P.A.<br>1144 SE 3 Ave<br>Fort Lauderdale, FL 33136 | Real Estate Litigation - Foreclosure Defense | | 2,390.00 |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re   **I. Kushnir Hotels, Inc.**                           Case No.    _____

                                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **April  9, 2013**                 Signature   **/s/ Israel Kushnir**

                                                         **Israel Kushnir**

                                                           **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **I. Kushnir Hotels, Inc.**

                    Debtor

Case No. _____

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 5,770,600.00 | | |
| B - Personal Property | Yes | 3 | 8,832.11 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 3,200,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 204,656.60 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 578,610.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 12 | | | |
| Total Assets | | | 5,779,432.11 | | |
| Total Liabilities | | | | 3,983,266.60 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **I. Kushnir Hotels, Inc.**
_____,
                                    Debtor

Case No. _____

Chapter _____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re    **I. Kushnir Hotels, Inc.**
_____,    Case No. _____
                                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **3001 North Ocean Drive** **Hollywood, FL 33019** | | - | 1,685,600.00 | 750,000.00 |
| **601 South Ocean Drive** **Hollywood, FL 33019** | | - | 800,000.00 | 450,000.00 |
| **340 Desoto Street** **Hollywood, FL 33019** | | - | 2,460,000.00 | 1,300,000.00 |
| **335 Monroe Street** **Hollywood, FL 33019** | | - | 475,000.00 | 700,000.00 |
| **Vacant Lot** **Monroe Street** **Hollywood, FL 33019** | | - | 350,000.00 | 0.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 5,770,600.00 | (Total of this page) |
| Total > | 5,770,600.00 | |

__0__    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re __I. Kushnir Hotels, Inc.__ ,     Case No. _____
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No.<br><br>Doris Freudman<br>1744 South Miami Avenue<br>Miami, FL 33129 | X | - | | | 601 South Ocean Drive<br>Hollywood, FL 33019<br><br>Value $        800,000.00 | | | | 450,000.00 | 0.00 |
| Account No.<br><br>Micky Biss, Trustee<br>1744 South Miami Avenue<br>Miami, FL 33129 | X | - | | | 3001 North Ocean Drive<br>Hollywood, FL 33019<br><br>Value $     1,685,600.00 | | | | 750,000.00 | 0.00 |
| Account No.<br><br>USA Express, Inc.<br>1744 South Miami Avenue<br>Miami, FL 33129 | X | - | | | 340 Desoto Street<br>Hollywood, FL 33019<br><br>Value $     2,460,000.00 | | | | 1,300,000.00 | 0.00 |
| Account No.<br><br>USA Express, Inc.<br>1744 South Miami Avenue<br>Miami, FL 33129 | X | - | | | 335 Monroe Street<br>Hollywood, FL 33019<br><br>Value $        475,000.00 | | | | 700,000.00 | 225,000.00 |
| __0__   continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 3,200,000.00 | 225,000.00 |
| | | | | | Total<br>(Report on Summary of Schedules) | | | | 3,200,000.00 | 225,000.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com               Best Case Bankruptcy

**B6E (Official Form 6E) (4/10)**

In re    **I. Kushnir Hotels, Inc.**                                              ,    Case No. _____

Debtor

<h1 align="center">SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS</h1>

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__2__  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **I. Kushnir Hotels, Inc.**  ,  Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Broward County Recording Office**<br>**115 South Andrews Ave**<br>**#114**<br>**Fort Lauderdale, FL 33301** | - | | 3/15/2013<br><br>**Transfer Fee** | | | | 2,450.00 | 2,450.00 | 0.00 |
| Account No. **xxxxxx0880**<br>**Broward County Tax Collector**<br>**115 South Andrews Avenue**<br>**#A100**<br>**Fort Lauderdale, FL 33301** | | | 2010 - 2012<br><br>**Real Estate Tax**<br>**3001 N Ocean Drive**<br>**Hollywood, FL 33019** | | | | 61,712.46 | 0.00 | 61,712.46 |
| Account No. **xxxxxxx7130**<br>**Broward County Tax Collector**<br>**115 South Andrews Avenue**<br>**#A100**<br>**Fort Lauderdale, FL 33301** | | | 2010 - 2012<br><br>**Real Estate Tax**<br>**340 Desoto Street**<br>**Hollywood, FL 33019** | | | | 86,690.81 | 0.00 | 86,690.81 |
| Account No. **xxxxxxx3110**<br>**Broward County Tax Collector**<br>**115 South Andrews Avenue**<br>**#A100**<br>**Fort Lauderdale, FL 33301** | | | 2010 - 2012<br><br>**Real Estate Tax**<br>**335 Monroe Street**<br>**Hollywood, FL 33019** | | | | 23,033.17 | 0.00 | 23,033.17 |
| Account No. **xxxxxxx3120**<br>**Broward County Tax Collector**<br>**115 South Andrews Avenue**<br>**#A100**<br>**Fort Lauderdale, FL 33301** | | | 2010 - 2012<br><br>**Real Estate Tax**<br>**Vacant Lot**<br>**Monroe Street**<br>**Hollywood, FL 33019** | | | | 10,887.78 | 0.00 | 10,887.78 |

Sheet  1  of  2  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)  184,774.22

2,450.00
182,324.22

B6E (Official Form 6E) (4/10) - Cont.

In re   **I. Kushnir Hotels, Inc.**                                    ,        Case No. _____
                                    **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx0895**<br><br>Broward County Tax Collector<br>115 South Andrews Avenue<br>119A<br>Fort Lauderdale, FL 33301 | - | | 7/17/2012<br><br>Tourist Development Tax<br>340 Desoto Street<br>Hollywood, FL 33019 | | | | 7,876.86 | 0.00 | 7,876.86 |
| Account No. **xxx0894**<br><br>Broward County Tax Collector<br>115 South Andrews Avenue<br>119A<br>Fort Lauderdale, FL 33301 | - | | 2010 - 2012<br><br>Tourist Development Tax<br>3001 North Ocean Drive<br>Hollywood, FL 33019 | | | | 3,005.52 | 0.00 | 3,005.52 |
| Account No.<br><br>Florida Department of Revenue<br>5050 West Tennessee Street<br>Tallahassee, FL 32399 | | | 7/17/12<br><br>Estimated Sales Tax<br>340 Desoto Street<br>Hollywood, FL 33019 | | | | 6,000.00 | 0.00 | 6,000.00 |
| Account No.<br><br>Florida Department of Revenue<br>5050 West Tennessee Street<br>Tallahassee, FL 32399 | - | | 7/17/12<br><br>Estimated Sales Tax<br>3001 North Ocean Drive<br>Hollywood, FL 33019 | | | | 3,000.00 | 0.00 | 3,000.00 |
| Account No. | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 19,882.38 | 19,882.38 |
| Total | 2,450.00 | |
| (Report on Summary of Schedules) | 204,656.60 | 202,206.60 |

B6F (Official Form 6F) (12/07)

In re   **I. Kushnir Hotels, Inc.**              ,      Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **American Express** **POB 650448** **Dallas, TX 75265** | X | - | | | 05/2009 Credit Card | | | | 32,000.00 |
| Account No. **Bradford J. Beilly, P.A.** **1144 SE 3 Ave** **Fort Lauderdale, FL 33136** | | - | | | 3/6/13 Real Estate Litigation - Foreclosure Defense | | | | 2,390.00 |
| Account No. **Ilan Haber** **11 Bayard Street** **Larchmont, NY 10538** | X | - | | | 11/18/2007 Loan | | | | 80,000.00 |
| Account No. **Ilan Haber** **11 Bayard Street** **Larchmont, NY 10538** | X | - | | | 12/25/2008 Loan | | | | 100,000.00 |

   **1**   continuation sheets attached

Subtotal
(Total of this page)   **214,390.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **I. Kushnir Hotels, Inc.** _____,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Law Offices of Mark  Perlman, P.A.** <br>**1820 East Hallandale Beach Blvd.** <br>**Hallandale, FL 33009** | - | | | **2/26/13** <br>**Real Estate Litigation - Foreclosure Defense** | | | | 14,220.00 |
| Account No. <br><br>**Marc and Nancy Solomon** <br>**35 Gatelot Avenue** <br>**Ronkonkoma, NY 11779** | X | - | | **3/15/2008** <br>**Loan** | | | | 50,000.00 |
| Account No. <br><br>**Marc and Nancy Solomon** <br>**35 Gatelot Avenue** <br>**Ronkonkoma, NY 11779** | X | - | | **7/15/2008** <br>**Loan** | | | | 100,000.00 |
| Account No. <br><br>**Nathan Levner** <br>**235 Lake Street** <br>**Oceanside, NY 11572** | X | - | | **1/10/2007** <br>**Loan** | | | | 100,000.00 |
| Account No. <br><br>**Simona Ronen** <br>**39 Hag Street** <br>**Dania, Haifa 34980** <br>**Israel** | X | - | | **7/18/2006** <br>**Loan** | | | | 100,000.00 |

Sheet no. __1__ of __1__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal <br>(Total of this page) | | 364,220.00 |
| Total <br>(Report on Summary of Schedules) | | 578,610.00 |

B6H (Official Form 6H) (12/07)

In re    **I. Kushnir Hotels, Inc.** _____,    Case No. _____
                                                                Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Israel Kushnir**<br>**3001 North Ocean Drive**<br>**Hollywood, FL 33019** | **Doris Freudman**<br>**1744 South Miami Avenue**<br>**Miami, FL 33129** |
| **Israel Kushnir**<br>**3001 North Ocean Drive**<br>**Hollywood, FL 33019** | **Micky Biss, Trustee**<br>**1744 South Miami Avenue**<br>**Miami, FL 33129** |
| **Israel Kushnir**<br>**3001 North Ocean Drive**<br>**Hollywood, FL 33019** | **USA Express, Inc.**<br>**1744 South Miami Avenue**<br>**Miami, FL 33129** |
| **Israel Kushnir**<br>**3001 North Ocean Drive**<br>**Hollywood, FL 33019** | **USA Express, Inc.**<br>**1744 South Miami Avenue**<br>**Miami, FL 33129** |
| **Israel Kushnir**<br>**3001 North Ocean Drive**<br>**Hollywood, FL 33019** | **American Express**<br>**POB 650448**<br>**Dallas, TX 75265** |
| **Israel Kushnir**<br>**3001 North Ocean Drive**<br>**Hollywood, FL 33019** | **Ilan Haber**<br>**11 Bayard Street**<br>**Larchmont, NY 10538** |
| **Israel Kushnir**<br>**3001 North Ocean Drive**<br>**Hollywood, FL 33019** | **Ilan Haber**<br>**11 Bayard Street**<br>**Larchmont, NY 10538** |
| **Israel Kushnir**<br>**3001 North Ocean Drive**<br>**Hollywood, FL 33019** | **Marc and Nancy Solomon**<br>**35 Gatelot Avenue**<br>**Ronkonkoma, NY 11779** |
| **Israel Kushnir**<br>**3001 North Ocean Drive**<br>**Hollywood, FL 33019** | **Marc and Nancy Solomon**<br>**35 Gatelot Avenue**<br>**Ronkonkoma, NY 11779** |
| **Israel Kushnir**<br>**3001 North Ocean Drive**<br>**Hollywood, FL 33019** | **Nathan Levren**<br>**235 Lake Street**<br>**Oceanside, NY 11572** |
| **Israel Kushnir**<br>**3001 North Ocean Drive**<br>**Hollywood, FL 33019** | **Simona Ronen**<br>**39 Hag Street**<br>**Dania, Haifa 34980**<br>**Israel** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **I. Kushnir Hotels, Inc.**          Case No. _____

                        Debtor(s)         Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __14__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **April  9, 2013** _____        Signature    **/s/ Israel Kushnir** _____

                                                    **Israel Kushnir**

                                                    **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re    **I. Kushnir Hotels, Inc.**         ,           Case No. _____

                                          Debtor             Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Israel Kushnir**<br>**3001 N Ocean Blvd.**<br>**Hollywood, FL 33019** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April  9, 2013**                         Signature  **/s/ Israel Kushnir**

                                                                      **Israel Kushnir**
                                                                       **President**

    *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re    **I. Kushnir Hotels, Inc.**                              Case No. _____

                                       Debtor(s)                    Chapter     **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April  9, 2013** _____         **/s/ Israel Kushnir** _____

                                            **Israel Kushnir/President**
                                            Signer/Title

American Express
POB 650448
Dallas, TX 75265


Bradford J. Beilly, P.A.
1144 SE 3 Ave
Fort Lauderdale, FL 33136


Broward County Recording Office
115 South Andrews Ave
#114
Fort Lauderdale, FL 33301


Broward County Tax Collector
115 South Andrews Avenue
#A100
Fort Lauderdale, FL 33301


Broward County Tax Collector
115 South Andrews Avenue
#A100
Fort Lauderdale, FL 33301


Broward County Tax Collector
115 South Andrews Avenue
#A100
Fort Lauderdale, FL 33301


Broward County Tax Collector
115 South Andrews Avenue
#A100
Fort Lauderdale, FL 33301


Broward County Tax Collector
115 South Andrews Avenue
119A
Fort Lauderdale, FL 33301


Broward County Tax Collector
115 South Andrews Avenue
119A
Fort Lauderdale, FL 33301


Doris Freudman
1744 South Miami Avenue
Miami, FL 33129

```
Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399


Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399


Ilan Haber
11 Bayard Street
Larchmont, NY 10538


Ilan Haber
11 Bayard Street
Larchmont, NY 10538


Israel Kushnir
3001 North Ocean Drive
Hollywood, FL 33019


Israel Kushnir
3001 North Ocean Drive
Hollywood, FL 33019


Israel Kushnir
3001 North Ocean Drive
Hollywood, FL 33019


Israel Kushnir
3001 North Ocean Drive
Hollywood, FL 33019


Israel Kushnir
3001 North Ocean Drive
Hollywood, FL 33019


Israel Kushnir
3001 North Ocean Drive
Hollywood, FL 33019


Israel Kushnir
3001 North Ocean Drive
Hollywood, FL 33019
```

Israel Kushnir
3001 North Ocean Drive
Hollywood, FL 33019


Israel Kushnir
3001 North Ocean Drive
Hollywood, FL 33019


Israel Kushnir
3001 North Ocean Drive
Hollywood, FL 33019


Israel Kushnir
3001 North Ocean Drive
Hollywood, FL 33019


Law Offices of Mark  Perlman, P.A.
1820 East Hallandale Beach Blvd.
Hallandale, FL 33009


Marc and Nancy Solomon
35 Gatelot Avenue
Ronkonkoma, NY 11779


Marc and Nancy Solomon
35 Gatelot Avenue
Ronkonkoma, NY 11779


Micky Biss, Trustee
1744 South Miami Avenue
Miami, FL 33129


Nathan Levner
235 Lake Street
Oceanside, NY 11572


Simona Ronen
39 Hag Street
Dania, Haifa 34980
Israel


USA Express, Inc.
1744 South Miami Avenue
Miami, FL 33129

USA Express, Inc.
1744 South Miami Avenue
Miami, FL 33129