I. Kushnir Hotels, Inc.

Projected Cash Flow - 3/1/13 through 2/28/14

| | March 2013 | April 2013 | May 2013 | June 2013 | July 2013 | August 2013 | Sept. 2013 | Oct. 2013 | Nov. 2013 | Dec. 2013 | January 2014 | February 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rental income | 30,095 | 28,804 | 28,574 | 25,460 | 25,652 | 26,952 | 25,522 | 25,522 | 30,461 | 25,766 | 29,766 | 32,877 |
| | | | | | | | | | | | | |
| Repairs and maintenance | 440 | 2,324 | 1,447 | 981 | 235 | 2,265 | 1,297 | 640 | 500 | 2,373 | 900 | 750 |
| Landscape & ground | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 |
| Pool maintenance | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Garbage Removal | 385 | 406 | 387 | 620 | 408 | 852 | 412 | 406 | 415 | 416 | 416 | 416 |
| Utilities | 3,527 | 2,780 | 4,072 | 3,549 | 4,770 | 4,770 | 5,101 | 4,451 | 7,162 | 4,519 | 4,300 | 4,415 |
| Advertising | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| Real estate taxes | 4,546 | 4,546 | 4,546 | 4,546 | 4,546 | 4,546 | 4,546 | 4,546 | 4,546 | 4,546 | 4,546 | 4,546 |
| Insurance | 788 | 2,479 | 480 | 605 | 865 | 2,879 | 2,663 | 471 | 793 | 1,419 | 511 | 1,345 |
| Payroll expense | 6,275 | 5,120 | 6,275 | 5,120 | 5,120 | 6,275 | 5,120 | 5,120 | 6,275 | 5,120 | 6,275 | 6,275 |
| Payroll taxes | | | | | | | | | | | | |
| Subscriptions and services | | | | | | | | | | | | |
| Office expenses and supplies | 127 | 660 | 152 | 213 | 92 | 210 | 519 | 109 | 137 | 760 | 300 | 350 |
| Legal and accounting | 500 | 1,400 | 2,500 | 2,370 | 4,830 | 4,838 | 3,200 | 1,900 | 2,277 | 1,100 | 2,000 | 2,000 |
| Telephone | 408 | 429 | 521 | 418 | 511 | 328 | 426 | 494 | 695 | 676 | 485 | 450 |
| Bank fees | 349 | 437 | 474 | 339 | 282 | 294 | 480 | 533 | 417 | 538 | 293 | 276 |
| U.S. Trustees fees | | 650 | | | 650 | | | 650 | | | 650 | |
| Israel Kushnir management fee | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 |
| Expenses | 21,271 | 25,157 | 24,779 | 22,687 | 26,234 | 31,181 | 27,690 | 23,246 | 27,141 | 25,391 | 24,602 | 24,748 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |