5.6.    Governing Law. This Mortgage is made by Mortgagor and accepted by Borrower with reference to the laws of the State of Florida and shall be construed, interpreted, enforced and governed by and in accordance with such laws.

5.7    Waiver of Trial by Jury. LENDER AND BORROWER HEREBY KNOWINGLY, VOLUNTARILY AND INTENTIONALLY WAIVE THE RIGHT EITHER OF THEM MAY HAVE TO A TRIAL BY JURY IN RESPECT OF ANY LITIGATION BASED HEREON, OR ARISING OUT OF, UNDER OR IN CONNECTION WITH THE NOTE OR THIS MORTGAGE AND ANY AGREEMENT, DOCUMENT OR INSTRUMENT CONTEMPLATED TO BE EXECUTED IN CONJUNCTION THEREWITH, OR ANY COURSE OF CONDUCT, COURSE OF DEALING, STATEMENTS (WHETHER VERBAL OR WRITTEN) OR ACTIONS OF ANY PARTY HERETO. THIS PROVISION IS A MATERIAL INDUCEMENT FOR LENDER ENTERING INTO THE LOAN EVIDENCED BY THE NOTE.

IN WITNESS WHEREOF, Borrower has executed and delivered this Mortgage on October 1, 2008.

Print Name: _Kimberly Ulrich_
Print Name: _Jason Velle_

_____
Israel Kushnir, Individually

Print Name: _Jason Velle_
Print Name: _Kimberly Ulrich_

I. KUSHNIR HOTELS, INC., a Florida corporation

By: _____
Israel Kushnir, President

STATE OF FLORIDA      )
                      ) SS:
COUNTY OF BROWARD     )

The foregoing instrument was acknowledged before me this 1st day of October, 2008 by Israel Kushnir, individually and Israel Kushnir, as President of I. Kushnir Hotels, Inc. He is personally known to me or has produced _FL Driver's License_ as identification.

_____
Notary Public, State of Florida
Print Name: _Jason Velle_
My Commission Expires: _September 19, 2010_

JASON VELLE
MY COMMISSION # DD 562329
EXPIRES: September 19, 2010
Bonded Thru Notary Public Underwriters

# EXHIBIT "17"



# KATZ BARRON
# SQUITERO FAUST

MIAMI
2699 S. BAYSHORE DRIVE
SEVENTH FLOOR
MIAMI, FL 33133-5408

305-856-2444
305-285-9227 FAX

www.katzbarron.com

**VIA FEDERAL EXPRESS**

Israel Kushnir
I. Kushnir Hotels, Inc.
3001 North Ocean Drive
Hollywood, Florida 33019

Israel Kushnir
1044 N. North Lake Drive
Hollywood, Florida 33019

Re: *Loan from The Elaine Biss Revocable Trust to I. Kushnir Hotels, Inc., a Florida Corporation, and Israel Kushnir, individually, dated April 5, 2005*

Dear Mr. Kushnir:

This office is counsel to RSAS, LLC., as assignee and holder of the above referenced loan. This letter is being forwarded to you in your individual capacity and as President of I. Kushnir Hotels, Inc.

Pursuant to Florida Statutes §697.07 and the express terms of that certain Real Estate Mortgage, Assignment of Rents and Security Agreement (the "Mortgage"), entered into between I. Kushnir Hotels, Inc. and Israel Kushnir, individually, as Borrower, and RSAS, LLC., as assignee and Lender, bearing a date of April 5, 2005, Lender hereby makes written demand upon you to turnover to Lender all rents from the date of default now in your possession or control at the time of this demand and all future rents which may come into your possession in connection with that certain property located at 3001 North Ocean Drive, Hollywood, Florida (the "Mortgaged Property"). Pursuant to Florida Statutes §697.07(2), Lender shall be entitled to all rents in your possession or control subsequent to your default of the subject Note and Mortgage, which we understand occurred on July 24, 2009. You are hereby further notified pursuant to the foregoing statute, that Lender does not authorize your use of such rents for payment of any expenses associated with the Mortgaged Property.

You are hereby given five (5) days from the date of this letter to forward to the Lender all such rents in your possession or control. Pursuant to paragraph 2.2 of the Mortgage, you are hereby instructed to notify all tenants in possession of the Mortgaged Property to remit all future rental payments directly to the Lender at the address provided for in the Mortgage. Any future rents received by you should be forwarded to the Lender forthwith.

KATZ, BARRON, SQUITERO, FAUST, FRIEDBERG, GRADY, ENGLISH & ALLEN, P.A.
MIAMI • FT. LAUDERDALE

This letter shall serve as further notice to you of Lender's demand for immediate possession of the Mortgaged Property. This notice is being provided to you pursuant to paragraph 3.3 of the Mortgage. Please see that all written leases are immediately delivered to the Lender.

Please be advised that should you fail to comply with the terms of this letter, Lender reserves the right to pursue all applicable rights and remedies as provided for under the subject loan documents and Florida law.

KINDLY GOVERN YOURSELF ACCORDINGLY.

Very truly yours,

KATZ BARRON SQUITERO FAUST

Bernard Allen, Esq.

BA/mmm

cc:   RSAS, LLC (via e-mail)


\\Kbmiasql01\library\LIB\DOCS\40390005\LTR\LC4225.DOCX

# EXHIBIT "18"



KATZ BARRON
SQUITERO FAUST

MIAMI
2699 S. BAYSHORE DRIVE
SEVENTH FLOOR
MIAMI, FL 33133-5408

305-856-2444
305-285-9227 FAX

www.katzbarron.com

April 19, 2012

**VIA FEDERAL EXPRESS**

Israel Kushnir
I. Kushnir Hotels, Inc.
3001 North Ocean Drive
Hollywood, Florida 33019

Israel Kushnir
1044 N. North Lake Drive
Hollywood, Florida 33019

Re: (1) *Loan from The Elaine Biss Revocable Trust to I. Kushnir Hotels, Inc., a Florida Corporation, and Israel Kushnir, individually, dated April 5, 2005*
(2) *Loan from Doris Freudman to I. Kushnir Hotels, Inc., a Florida Corporation, and Israel Kushnir, individually, dated July 24, 2007*
(3) *Loan from USA Express, Inc. to I. Kushnir Hotels, Inc., a Florida Corporation, and Israel Kushnir, individually, dated April 24, 2008*
(4) *Loan from USA Express, Inc. to I. Kushnir Hotels, Inc., a Florida Corporation, and Israel Kushnir, individually, dated October 1, 2008*

Dear Mr. Kushnir:

It has come to my attention that the enclosed letters, which you received by Federal Express on Wednesday, April 18, 2012, were inadvertently not dated. Evidence of the delivery of such letters by Federal Express is enclosed herein. For purposes of calculating a timely response, please note that each of the letters should have contained the date of April 17, 2012. As further verification of such date, we have also enclosed herein a copy of my e-mail to Mark Perlman, Esq. of April 17, 2012, wherein each of the letters were enclosed, and your e-mail, 45 minutes later, to Micky Biss acknowledging receipt of same.

Very truly yours,

KATZ BARRON SQUITERO FAUST

Bernard Allen, Esq.

BA/mmm
cc: USA Express Inc. (via e-mail)
Doris Freudman (via e-mail)
RSAS, LLC (via-email)

\\Kbmiasql01\library\LIB\DOCS\40390005\LTR\LC4108.DOCX

KATZ, BARRON, SQUITERO, FAUST, FRIEDBERG, GRADY, ENGLISH & ALLEN, P.A.
MIAMI • FT. LAUDERDALE

## MMM-Marixsa M.Montanez

**From:** trackingupdates@fedex.com
**Sent:** Wednesday, April 18, 2012 12:25 PM
**To:** MMM-Marixsa M.Montanez
**Subject:** FedEx Shipment 793465630313 Delivered

---

This tracking update has been requested by:

Name: Marixsa Montanez
E-mail: mmm@katzbarron.com

---

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 40390005 - Loan Demand Letters |
| Ship (P/U) date: | Apr 17, 2012 |
| Delivery date: | Apr 18, 2012 12:20 PM |
| Sign for by: | Signature not required |
| Delivery location: | HOLLYWOOD, FL |
| Delivered to: | Residence |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |
| | Residential Delivery |
| Tracking number: | 793465630313 |

| Shipper Information | Recipient Information |
|---|---|
| Marixsa Montanez | Israel Kushnir |
| 2699 South Bayshore Drive | 1044 N NORTHLAKE DR |
| 7th Floor | HOLLYWOOD |
| Miami | FL |
| FL | US |
| US | 33019 |
| 33133 | |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:24 AM CDT on 04/18/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number

1

above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

## MMM-Marixsa M.Montanez

**From:** trackingupdates@fedex.com
**Sent:** Wednesday, April 18, 2012 11:38 AM
**To:** MMM-Marixsa M.Montanez
**Subject:** FedEx Shipment 798296140934 Delivered

This tracking update has been requested by:

Name: Marixsa Montanez
E-mail: mmm@katzbarron.com

Our records indicate that the following shipment has been delivered:

Reference:                  40390005 - Loan Demand Letters
Ship (P/U) date:            Apr 17, 2012
Delivery date:              Apr 18, 2012 11:35 AM
Sign for by:                S.JACKSON
Delivery location:          HOLLYWOOD, FL
Delivered to:               Receptionist/Front Desk
Service type:               FedEx Standard Overnight
Packaging type:             FedEx Envelope
Number of pieces:           1
Weight:                     0.50 lb.
Special handling/Services:  Deliver Weekday
Tracking number:            798296140934

Shipper Information            Recipient Information
Marixsa Montanez               Israel Kushnir
2699 South Bayshore Drive      I. Kushnir Hotels, Inc.
7th Floor                      3001 N OCEAN DR
Miami                          HOLLYWOOD
FL                             FL
US                             US
33133                          33019

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:38 AM CDT on 04/18/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

1

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.