# EXHIBIT "19"



KATZ | BARRON
SQUITERO | FAUST

MIAMI
2699 S. BAYSHORE DRIVE
SEVENTH FLOOR
MIAMI, FL 33133-5408

305-856-2444
305-285-9227 FAX

www.katzbarron.com

**VIA FEDERAL EXPRESS**

Israel Kushnir
I. Kushnir Hotels, Inc.
3001 North Ocean Drive
Hollywood, Florida 33019

Israel Kushnir
1044 N. North Lake Drive
Hollywood, Florida 33019

**Re:**   *Loan from Doris Freudman to I. Kushnir Hotels, Inc., a Florida Corporation, and Israel Kushnir, individually, dated July 24, 2007*

Dear Mr. Kushnir:

This office is counsel to Doris Freudman.  This letter is being forwarded to you in your individual capacity and as President of I. Kushnir Hotels, Inc.

Pursuant to Florida Statutes §697.07 and the express terms of that certain Real Estate Mortgage, Assignment of Rents and Security Agreement (the "Mortgage"), entered into between I. Kushnir Hotels, Inc. and Israel Kushnir, individually, as Borrower, and Doris Freudman, as Lender, bearing a date of July 24, 2007, Lender hereby makes written demand upon you to turnover to Lender all rents from the date of default now in your possession or control at the time of this demand and all future rents which may come into your possession in connection with that certain property located at 601 South Ocean Drive, Hollywood, Florida (the "Mortgaged Property"). Pursuant to Florida Statutes §697.07(2), Lender shall be entitled to all rents in your possession or control subsequent to your default of the subject Note and Mortgage, which we understand occurred on July 24, 2009. You are hereby further notified pursuant to the foregoing statute, that Lender does not authorize your use of such rents for payment of any expenses associated with the Mortgaged Property.

You are hereby given five (5) days from the date of this letter to forward to the Lender all such rents in your possession or control.  Pursuant to paragraph 2.2 of the Mortgage, you are hereby instructed to notify all tenants in possession of the Mortgaged Property to remit all future rental payments directly to the Lender at the address provided for in the Mortgage.   Any future rents received by you should be forwarded to the Lender forthwith.

This letter shall serve as further notice to you of Lender's demand for immediate possession of the Mortgaged Property.  This notice is being provided to you pursuant to paragraph 3.3 of the Mortgage.  Please see that all written leases are immediately delivered to the Lender.

Please be advised that should you fail to comply with the terms of this letter, Lender reserves the right to pursue all applicable rights and remedies as provided for under the subject loan documents and Florida law.

KINDLY GOVERN YOURSELF ACCORDINGLY.

Very truly yours,

KATZ BARRON SQUITERO FAUST

Bernard Allen, Esq.

BA/mmm


cc:     Doris Freudman (via e-mail)

\\Kbmiasql01\library\LIB\DOCS\40390005\LTR\LC4108.DOCX

KATZ, BARRON, SQUITERO, FAUST, FRIEDBERG, GRADY, ENGLISH & ALLEN, P.A.

2699 S. BAYSHORE DRIVE, SEVENTH FLOOR, MIAMI, FLORIDA 33133-5408 • 305-856-2444 • 305-285-9227 FAX

# EXHIBIT "20"



MIAMI
2699 S. BAYSHORE DRIVE
SEVENTH FLOOR
MIAMI, FL 33133-5408

305-856-2444
305-285-9227 FAX

www.katzbarron.com

**VIA FEDERAL EXPRESS**

Israel Kushnir
I. Kushnir Hotels, Inc.
3001 North Ocean Drive
Hollywood, Florida 33019

Israel Kushnir
1044 N. North Lake Drive
Hollywood, Florida 33019

*Re:*   *Loan from USA Express, Inc. to I. Kushnir Hotels, Inc., a Florida Corporation, and Israel Kushnir, individually, dated April 24, 2008*

Dear Mr. Kushnir:

This office is counsel to USA Express, Inc. This letter is being forwarded to you in your individual capacity and as President of I. Kushnir Hotels, Inc.

Pursuant to Florida Statutes §697.07 and the express terms of that certain Real Estate Mortgage, Assignment of Rents and Security Agreement (the "Mortgage"), entered into between I. Kushnir Hotels, Inc. and Israel Kushnir, individually, as Borrower, and USA Express Inc., as Lender, bearing a date of April 24, 2008, Lender hereby makes written demand upon you to turnover to Lender all rents from the date of default now in your possession or control at the time of this demand and all future rents which may come into your possession in connection with that certain property located at 340 DeSoto Street, Hollywood, Florida (the "Mortgaged Property"). Pursuant to Florida Statutes §697.07(2), Lender shall be entitled to all rents in your possession or control subsequent to your default of the subject Note and Mortgage, which we understand occurred on July 24, 2009. You are hereby further notified pursuant to the foregoing statute, that Lender does not authorize your use of such rents for payment of any expenses associated with the Mortgaged Property.

You are hereby given five (5) days from the date of this letter to forward to the Lender all such rents in your possession or control. Pursuant to paragraph 2.2 of the Mortgage, you are hereby instructed to notify all tenants in possession of the Mortgaged Property to remit all future rental payments directly to the Lender at the address provided for in the Mortgage. Any future rents received by you should be forwarded to the Lender forthwith.

This letter shall serve as further notice to you of Lender's demand for immediate possession of the Mortgaged Property. This notice is being provided to you pursuant to paragraph 3.3 of the Mortgage. Please see that all written leases are immediately delivered to the Lender.

Please be advised that should you fail to comply with the terms of this letter, Lender reserves the right to pursue all applicable rights and remedies as provided for under the subject loan documents and Florida law.

KINDLY GOVERN YOURSELF ACCORDINGLY.

Very truly yours,

KATZ BARRON SQUITERO FAUST

Bernard Allen, Esq.

BA/mmm

cc:    USA Express, Inc. (via e-mail)

\\Kbmiasql01\library\LIB\DOCS\40390005\LTR\LC4225.DOCX

# EXHIBIT "21"



MIAMI
2699 S. BAYSHORE DRIVE
SEVENTH FLOOR
MIAMI, FL 33133-5408

305-856-2444
305-285-9227 FAX

www.katzbarron.com

**VIA FEDERAL EXPRESS**

Israel Kushnir
I. Kushnir Hotels, Inc.
3001 North Ocean Drive
Hollywood, Florida 33019

Israel Kushnir
1044 N. North Lake Drive
Hollywood, Florida 33019

*Re:*   *Loan from USA Express, Inc. to I. Kushnir Hotels, Inc., a Florida Corporation, and Israel Kushnir, individually, dated October 1, 2008*

Dear Mr. Kushnir:

This office is counsel to USA Express, Inc. This letter is being forwarded to you in your individual capacity and as President of I. Kushnir Hotels, Inc.

Pursuant to Florida Statutes §697.07 and the express terms of that certain Real Estate Mortgage, Assignment of Rents and Security Agreement (the "Mortgage"), entered into between I. Kushnir Hotels, Inc. and Israel Kushnir, individually, as Borrower, and USA Express, Inc., as Lender, bearing a date of October 1, 2008, Lender hereby makes written demand upon you to turnover to Lender all rents from the date of default now in your possession or control at the time of this demand and all future rents which may come into your possession in connection with that certain property located at 335 Monroe Street, Hollywood, Florida (the "Mortgaged Property"). Pursuant to Florida Statutes §697.07(2), Lender shall be entitled to all rents in your possession or control subsequent to your default of the subject Note and Mortgage, which we understand occurred on January 1, 2010. You are hereby further notified pursuant to the foregoing statute, that Lender does not authorize your use of such rents for payment of any expenses associated with the Mortgaged Property.

You are hereby given five (5) days from the date of this letter to forward to the Lender all such rents in your possession or control. Pursuant to paragraph 2.2 of the Mortgage, you are hereby instructed to notify all tenants in possession of the Mortgaged Property to remit all future rental payments directly to the Lender at the address provided for in the Mortgage. Any future rents received by you should be forwarded to the Lender forthwith.

This letter shall serve as further notice to you of Lender's demand for immediate possession of the Mortgaged Property. This notice is being provided to you pursuant to paragraph 3.3 of the Mortgage. Please see that all written leases are immediately delivered to the Lender.

---

KATZ, BARRON, SQUITERO, FAUST, FRIEDBERG, GRADY, ENGLISH & ALLEN, P.A.
MIAMI · FT. LAUDERDALE

Please be advised that should you fail to comply with the terms of this letter, Lender reserves the right to pursue all applicable rights and remedies as provided for under the subject loan documents and Florida law.

KINDLY GOVERN YOURSELF ACCORDINGLY.

Very truly yours,

KATZ BARRON SQUITERO FAUST

Bernard Allen, Esq.

BA/mmm


cc:    USA Express, Inc. (via e-mail)


\\Kbmiasql01\library\LIB\DOCS\40390005\LTR\LC4225.DOCX