UNITED STATES BANKRUPTCY COURT

_Southern_ DISTRICT OF _Florida_

_Fort Lauderdale_ DIVISION

IN RE:                              }          CASE NUMBER

_I. Kushnir Hotels, Inc._           }          _13-18034-RBR_

                                    }          JUDGE _Raymond B. Ray_

                                    }

DEBTOR.                             }          CHAPTER 11

### DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD

FROM __April 09, 2013__ TO __April 30, 2013__

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

_____
Attorney for Debtor's Signature

Debtor's Address                        Attorney's Address
and Phone Number:                       and Phone Number:

I Kushnir Hotels Inc.                   _8551 W. Sunrise Blvd._
3001 North Ocean Drive
                                        _Suite 303_
Hollywood Florida 33019
                                        _Plantation, FL 33322_

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)   Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)   Initial Filing Requirements
3)   Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/

MOR-1

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNIG <u>April 09, 2013</u>    AND ENDING <u>April 30, 2013</u>

Name of Debtor: <u>I Kushnir Hotels Inc.</u>    Case Number <u>13-18034-RBR</u>
Date of Petition: <u>April 09, 2013</u>

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | $1,651.54 (a) | $1,651.54 (b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | | |
| Minus: Cash Refunds | (-) | |
| Net Cash Sales | | |
| B. Accounts Receivable | | |
| C. Other Receipts *(See MOR-3)* | $11,562.01 | $11,562.01 |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | $11,562.01 | $11,562.01 |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)* | $13,213.55 | $13,213.55 |
| 5. DISBURSEMENTS: | | |
| A. Advertising | | |
| B. Bank Charges | | |
| C. Contract Labor | | |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | $1,735.60 | $1,735.60 |
| F. Inventory Payments *(See Attach. 2)* | | |
| G. Leases | | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | $31.74 | $31.74 |
| J. Payroll - Net *(See Attachment 4B)* | $4,243.00 | $4,243.00 |
| K. Professional Fees (Accounting & Legal) | | |
| L. Rent | | |
| M. Repairs & Maintenance | $100.37 | $100.37 |
| N. Secured Creditor Payments *(See Attach. 2)* | | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | | |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | |
| R. Telephone | $53.77 | $53.77 |
| S. Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | | |
| U. Utilities | $2,253.04 | $2,253.04 |
| V. Vehicle Expenses | | |
| W. Other Operating Expenses *(See MOR-3)* | | |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | $8,417.52 | $8,417.52 |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | $4,796.03 (c) | $4,796.03 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This <u>24</u> day of <u>Apr</u>, 20<u>13</u>.    _____ pres
                                              (Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c)These two amounts will always be the same if form is completed correctly.

MOR-2

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Rental Income | $11,562.01 | $11,562.01 |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | $11,562.01 | $11,562.01 |

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor:  I. Kushnie Hotels Inc.          Case Number: 13- 18034-RBR

Reporting Period beginning  April 9, 2013          Period ending  April 30, 2013

ACCOUNTS RECEIVABLE AT PETITION DATE:  April 09, 2013

## ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $        NA | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $ | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | * |
| End of Month Balance | $ | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

## POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total |
|---|---|---|---|---|
| $ | $ | $ | $ | $            (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| | | |
| | | |
| | | |

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c)These two amounts must equal.

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: ____I. Kushnir Hotels. Inc.____        Case Number: __13-18034-RBR__

Reporting Period beginning ___April 09, 2013___        Period ending ___April 30, 2013___

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>.  <u>Do not</u> include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| NA | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT                                                                                                            (b)

☐  **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | |
|---|---|
| Opening Balance | $_____(a) |
| PLUS: New Indebtedness Incurred This Month | $_____ |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | $_____ |
| PLUS/MINUS: Adjustments | $_____ * |
| Ending Month Balance | $_____(c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).   If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                                    (d)

(a)This number is carried forward from last month's report.  For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor: __I.Kushnir Hotels Inc.__     Case Number: __13-18034-RBR__

Reporting Period beginning __April 09,2013__     Period ending __April 30, 2013__

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE:     $ __NA__
INVENTORY RECONCILIATION:
      Inventory Balance at Beginning of Month     $ _____(a)
        PLUS: Inventory Purchased During Month     $ _____
      MINUS: Inventory Used or Sold     $ _____
        PLUS/MINUS: Adjustments or Write-downs     $ _____*
      Inventory on Hand at End of Month     $ _____

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

---

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | | Total Inventory |
|---|---|---|---|---|---|
| _____% | _____% | _____% | _____% | = | _____100%* |

* Aging Percentages must equal 100%.
☐ Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

---

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: _____(b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____
_____
_____

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month     $ _____(a)(b)
    MINUS: Depreciation Expense     ,$ _____
    PLUS: New Purchases     $ _____
    PLUS/MINUS: Adjustments or Write-downs     $ _____*
Ending Monthly Balance     $ _____

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: _____
_____

(a)This number is carried forward from last month's report. For the first report only, this number will be the
   balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
   Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor:  ___I. Kushnir Hotels Inc.___       Case Number:  _13-18034-RBR_

Reporting Period ___April 09, 2013___       Period ending  _April 30, 2013_

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:  __Regions Bank__       BRANCH:  ___Hollywood___

ACCOUNT NAME:  _I. Kushnir Hotels Inc.___       ACCOUNT NUMBER:  _0147107340___

PURPOSE OF ACCOUNT:  _____OPERATING_____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 6,513.01 |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ | 1,221.60 * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | 5,291.41 **(a) |

*Debit cards are used by___Israel Kushnir and Christa Borjas____

**If Closing Balance is negative, provide explanation:_____

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:  ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____Transferred to Payroll Account
$_____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: ___I. Kushnir Hotels Inc.___     Case Number: 13-18034-RBR

Reporting Period beginning ___April 09, 2013___     Period ending ___April 30, 2013___

NAME OF BANK: ___Regions Bank___     BRANCH: ___Hollywood___

ACCOUNT NAME: ___I. Kushnir Hotels Inc.___

ACCOUNT NUMBER: ___0147107340___

PURPOSE OF ACCOUNT: ___OPERATING___

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 4/26/13 | III | George Castara | Part time Office Assistant | $875.00 |
| 4/29/13 | IV | Christa Borjas | Secretary 4/21 thru 4/26/13 | $625.00 |
| 4/29/13 | V | William Mike Neale | Maintenance 4/22 thru 4/27/13 | $525.00 |
| 4/26/13 | Debit | Travelers Insurance | Fema Flood Premium | $514.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL     $ 789.00

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor: ___I. Kushnir Hotels Inc.___      Case Number: 13-18034-RBR

Reporting Period beginning ___April 09, 2013___      Period ending ___April 30, 2013___

NAME OF BANK: ___Bank of America___      BRANCH: ___Hollywood___

ACCOUNT NAME: ___I. Kushnir Hotels Inc.___

ACCOUNT NUMBER: ___003062295821___

PURPOSE OF ACCOUNT: _____OPERATING___

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 4/9/13 | 9716 | William Mike Neale | Maintenance 4/8 thru 4/13/13 | $525.00 |
| 4/9/13 | 9717 | Christa Borjas | Secrtary 4/8 thru 4/13/13 | $630.00 |
| 4/9/13 | 9713 | Void | NA | |
| 4/9/13 | 9719. | Osrlia Garcia | Cleaning Room #202 & # 2 | $254.00 |
| | 9720 | Void | NA | |
| 4/16/13 | 9721 | I. Kushnir Hotels Inc. | Funds Transfer *To DiP oclast* | $600.00 |
| 4/11/13 | AMEX | I Kushnir Hotels Inc. | Utilities | $650.00 |
| 4/11/13 | AMEX | I. Kushnir Hotels Inc. | Utilities | $300.00 |

TOTAL                                                           **$2,959.00**

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor:  I. Kushnir Hotels Inc.            Case Number:  13-18034-RBR

Reporting Period beginning  April 9, 2013            Period ending  April 30, 2013

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK:  NA                          BRANCH: _____

ACCOUNT NAME: _____    ACCOUNT NUMBER: _____
PURPOSE OF ACCOUNT:      PAYROLL _____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5B**
**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Debtor:  I Kushnir Hotels Inc.          Case Number: 13-18034-RBR

Reporting Period beginning   April 9, 2013          Period ending   April 30, 2013

NAME OF BANK: _____          BRANCH: _____

ACCOUNT NAME:   _____NA_____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:   _____PAYROLL_____

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| NA   |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                      $_____

MOR-10

MOR-11

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor:   I. Kushnir Hotels Inc.               Case Number:  13-18034-RBR

Reporting Period beginning   April 9, 2013               Period ending   April 30, 2013

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A
standard bank reconciliation form can be found on the United States Trustee website,
http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:   NA               BRANCH: _____

ACCOUNT NAME: _____      ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:   TAX _____

| | |
|---|---|
| Ending Balance per Bank Statement | $ _____ |
| Plus Total Amount of Outstanding Deposits | $ _____ |
| Minus Total Amount of Oustanding Checks and other debits | $ _____ * |
| Minus Service Charges | $ _____ |
| Ending Balance per Check Register | $ _____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:** _____
_____

The following disbursements were paid by Cash:  ( ☐  Check here if cash disbursements were authorized by
United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
    "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5C**

**CHECK REGISTER - TAX ACCOUNT**

Name of Debtor: ___I. Kushnir Hotels Inc.___      Case Number: 13-18034-RBR

Reporting Period beginning ___April 09,2013___     Period ending ___April 30, 2013___

NAME OF BANK: _____       BRANCH: _____

ACCOUNT NAME: _____      ACCOUNT # _____

PURPOSE OF ACCOUNT: _____TAX_____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust/

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| NA   |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL _____(d)

**SUMMARY OF TAXES PAID**

| | |
|---|---|
| Payroll Taxes Paid | _____(a) |
| Sales & Use Taxes Paid | _____(b) |
| Other Taxes Paid | _____(c) |
| TOTAL | _____(d) |

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately. Attach copies of account statements.

Type of Negotiable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| NA | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL _____ (a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**TOTAL** $_____ (b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts. If there are no receipts, provide an explanation**_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)** $_____
**(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor:  I. Kushnir Hotels Inc.                    Case Number: 13-18034-RBR

Reporting Period beginning   April 09, 2013              Period ending   April 30, 2013

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| Broward County Tourist Development Tax | 5/20/13 | Uncollected Tourist Tax | $188.01 | November 2013 | April 2013 |
| State of Florida Sales Tax | 5/20/13 | Uncollected State Tax | $214.33 | May 2013 | April 2013 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL                                              $ 402.34

MOR-15

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor:   I. Kushnir Hotels Inc.              Case Number:   13-18034-RBR

Reporting Period beginning   April 09, 2013              Period ending   April 30, 2013

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | | |
| Number hired during the period | | |
| Number terminated or resigned during period | | |
| Number of employees on payroll at end of period | | |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Nova Casualty Company | (866) 633-6945 | FLB-CL-0012301.0 | General Liability | 8/6/13 | |
| Citizen Property Insur Corporation | | 526075 | Wind | 8/13/13 | |
| American Bankers Insurance Company Of Florida | | 0115702613 | Flood | 8/4/13 | |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| None | | | |
| | | | |

Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.

MOR-16

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor:    I. Kushnir Hotels Inc.                Case Number:  13-18034-RBR

Reporting Period beginning    April 09, 2013            Period ending    April 30, 2013

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | | |
| Number hired during the period | | |
| Number terminated or resigned during period | | |
| Number of employees on payroll at end of period | | |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Penn-American Insur, Compompany | | PAC7023690 | Liability(340) | 4/25/13 | |
| Citizen Property Insur. Corp. | | 1467585 | Wind (340) | 4/24/14 | |
| Travelers Insur. | | 60101197332013 | Flood 9340) | 4/24/14 | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| Wind | 4/24/13 | 4/30/13 | |

_Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.

*SUC*
*DESOTO*

# COMMERCIAL LINES COMMON POLICY DECLARATIONS

**INSURANCE IS PROVIDED BY THE COMPANY DESIGNATED BY AN "X":**

[X] PENN-AMERICA INSURANCE COMPANY

[ ] PENN-STAR INSURANCE COMPANY

Stock Company

**State Control Number**
A084477

Bala Cynwyd, Pennsylvania  19004

Renewal of Number _____

**POLICY NUMBER: PAC7023690** _____

1. **NAMED INSURED:** I KUSHNIR HOTELS INC

   **DBA:**

   **MAILING ADDRESS:**    3001 N OCEAN DR

   HOLLYWOOD          FL  33019

2. **POLICY PERIOD:**    From _____ 04/25/2013 _____ To _____ 04/25/2014 _____ at 12:01 A.M.
   Standard Time at your mailing address shown above.

3. **FORM OF BUSINESS:** CORPORATION    **OTHER DESC:**

4. **BUSINESS DESCRIPTION:** HOTEL WITH POOL

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

5. **THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| | | PREMIUM |
|---|---|---|
| Commercial General Liability Coverage Part | $ | 1,184.00 |
| Commercial Property Coverage Part | $ | 1,154.00 |
| Commercial Crime Coverage Part | $ | NOT COVERED |
| Commercial Inland Marine Coverage Part | $ | NOT COVERED |
| Professional Liability Coverage Part | $ | NOT COVERED |
| Liquor Liability Coverage Part | $ | NOT COVERED |
| Commercial Umbrella Coverage Part | $ | NOT COVERED |
| Owners Contractors Protective Coverage Part | $ | NOT COVERED |
| TRIA | $ | NOT COVERED |

6. | | | |
|---|---|---|
| **TOTAL PREMIUM PAYABLE AT INCEPTION** | $ | 2,338.00 |
| Policy Fee | $ | 35.00 |
| Inspection Fee | $ | 100.00 |
| FL Surplus Lines Tax | $ | 123.65 |
| FL Service Fee | $ | 4.95 |
| Florida Hurricane Catastrophe Fund | $ | 32.15 |
| FL EMPA Surcharge | $ | 4.00 |
| CITIZENS (CPIC) EMERGENCY ASSESSMENT | $ | 24.73 |
| TOTAL | $ | 2,662.48 |

7. **FORM(S) AND ENDORSEMENT(S) MADE A PART OF THIS POLICY AT THE TIME OF ISSUE:***

   AS PER FORM COMSCHD(10/00) ATTACHED

   *Omits applicable Forms and Endorsements if shown in specific Coverage Part/Coverage Form Declarations.

**THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.**

Agency Code:    02343
Firestone Agency of FL, Inc.
Coral Springs, FL

By _____
Steven A. Firestone, SL Lic #A084477
1560 University Drive, Suite 212, Coral Springs FL 33071
**Authorized Representative**

SG          05/14/13

S1100(11/07)                    **INSURED**

A PART THEREOF, COMPLETE THE BELOW NUMBERED CITIZENS PROPERTY INSURANCE CORPORATION POLICY.

# CITIZENS PROPERTY INSURANCE CORPORATION, WIND ONLY POLICY

6676 Corporate Center Parkway, Jacksonville, Florida 32216-0973

 CITIZENS
PROPERTY INSURANCE CORPORATION

3URED NAME AND ADDRESS

I KUSHNIR HOTELS, INC
3001 N OCEAN DR
HOLLYWOOD, FL  33019

THIS IS A

GENERAL BUSINESS

JICY TERM  **4/24/2013** TO **4/24/2014**    AT 12:01 A.M. (EST)    CITIZENS POLICY NO.  **1467585**
INCEPTION DATE   EXPIRATION DATE   **This is your Policy Declaration Page - This is not a Bill - DO NOT PAY**

PAGE   2

| :em D. | AMOUNT OF INSURANCE | | Percent of Coinsurance Applicable | DEDUCTIBLES | Territory | Premium |
|---|---|---|---|---|---|---|
| | Building | Contents | | | | |
| 1 | $ 277,000 | $ 0 | % 80 | $ 8,310 | T-35 | $ 2,545 |

TWO STORY MASONRY (9) UNIT MOTEL LOC:
340 DESOTO ST  HOLLYWOOD,  BROWARD  FL  33019-4502

---

| Total Coverage: | $277,000 | Payment Plan:  Quarterly | Total Premium: | $3,054 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Premium Amount | $2,545 | 2005 Citizens Property Insurance Corporation Emergency Assessment | $25 |
| Tax Exempt Surcharge | $45 | 2005 Florida Hurricane Catastrophe Fund (FHCF) Emergency Assessment | $33 |
| | | Catastrophe Reinsurance Surcharge | $382 |
| | | 2012 Florida Insurance Guaranty Association Regular Assessment | $24 |

ubject to Form No(s):
   CIT CP2 02 13  CNRW 01 10 01 10

ortgagee/Loss Payee:

USA EXPRESS, INC
ISAOA/ATIMA
1744 S MIAMI AVE
MIAMI, FL  33129

gent:
FREEDOM INSURANCE AGENCY 9526
101 S STATE ROAD 7
PLANTATION, FL  33317

(954) 792-3660

Payor:        INSURED

Date: 4/30/2013



Policy Number: 60101197332013

## FLOOD POLICY DECLARATIONS
### The Standard Fire Insurance Company



220101

**Type:** Renewal
**Policy Period:** 04/24/2013 To 04/24/2014
**Form:** General Property

To report a claim call: (800) 505-0193
These Declarations are effective
as of: 04/24/2013 at 12:01 AM

---

**Address Info**

**Producer Name and Mailing Address:**
FREEDOM INSURANCE AGCY INC
101 SOUTH STATE ROAD 7
PLANTATION, FL 33317

**Insured Name and Mailing Address:**
I KUSHNIR HOTELS INC
3001 N OCEAN DR
HOLLYWOOD, FL 33019-3709

Agent/Agency #:  0CPC88
Reference #:10163-14446-000
Phone #: (954)792-3660

**Processed by:**
Flood Service Center
P.O. Box 7775  Kalispell MT 59904-7775

---

**Property Info**

**Insured Property Address:**
340 DESOTO ST
HOLLYWOOD, FL 33019-4502

**Premium Payor:** 1st Mortgagee
**Rated Zone:** AE        **Current Zone:**
**Community Number:** 12 5113 0309 F
**Community Name:** HOLLYWOOD, CITY OF
**Grandfathered:** No
Pre-Firm Construction
**Program Type:** Regular

Coverage Limitations May Apply, Refer to Your
Flood Insurance Policy for Details.

**Building Description:**
Non-Residential
Two Floors
Slab On Grade
Motel

**Replacement Cost:**        $60,000
**Number of Units:**        9

---

**Coverage & Rating**

| Type | Coverage | Rates | Deduct | Buy Back | Sub Total | Premium Calculation | |
|---|---|---|---|---|---|---|---|
| Building: | 60,000 | .830 / 1.540 | 1,000 | 25 | 523.00 | Premium Subtotal | 523.00 |
| Contents: | | | | | | ICC Premium | 70.00 |
| Contents | | | | | | CRS Discount | 119.00 |
| Location: | | | | | | Federal Policy Fee | 40.00 |
| | | | | | | Probation Surcharge | .00 |
| | | | | | | Endorsement Amount | .00 |
| | | | | | | Total Premium Paid | 514.00 |

---

**Mortgage Info**

**First Mortgage:**
USA EXPRESS, INC. ITS
SUCCESSORS AND OR ASSIGNS
1744 S MIAMI AVE
MIAMI, FL 33129-1511

**Third Mortgage:**

**Second Mortgage:**

**Fourth Mortgage:**

---

Your Insurer is The Standard Fire Insurance Company, One Tower Square, Hartford, CT 06183
For information about how Travelers compensates independent agent and brokers, please visit www.Travelers.com
or call our toll free telephone number 1-866-904-8348.  You may also request a written copy from Marketing at
One Tower Square, 2GSA, Hartford, Connecticut 06183

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor:    I. Kushnir Hotels Inc.          Case Number:

Reporting Period beginning    April 09, 2013          Period ending    April 30, 2013

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | | |
| Number hired during the period | | |
| Number terminated or resigned during period | | |
| Number of employees on payroll at end of period | | |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Nova Casualty Company | | FLB-CL-0013681 | Liability(601) | 11/30/13 | |
| Citizen Property Insur. Corp. | | 1399524 | Wind (601) | 10/22/13 | |
| American Bankers Insur. Comp. of Fl. | | 1011135955 | Flood (601) | 10/19/13 | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |

**Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

MOR-1

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor:  ___I. Kushnir Hotels Inc.___        Case Number:

Reporting Period beginning ___April 09, 2013___        Period ending ___April 30, 2013___

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**PERSONNEL REPORT**

|  | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | _____ | _____ |
| Number hired during the period | _____ | _____ |
| Number terminated or resigned during period | _____ | _____ |
| Number of employees on payroll at end of period | _____ | _____ |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Citizen Property Insur. Corp. | _____ | FRJP4134941-05-00 | Liability/Fire Wind (335) | 12/11/13 | _____ |
| Fidelity National Idemnity Insur. Co. | _____ | 091150075315 | Flood (335) | 09/12/13 | _____ |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| _____ | _____ | _____ | _____ |

**Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

Increase in Real Estate value.

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.

MOR-17



# NOVA CASUALTY COMPANY
A STOCK INSURANCE COMPANY
726 EXCHANGE STREET, SUITE 1020 BUFFALO, NY 14210
1-866-633-6945

## COMMON POLICY DECLARATIONS
QUOTATION

PROFESSIONAL UNDERWRITERS AGENCY, INC.
Managing General Agency

| QUOTE NO.  FLB-CL-9002670-0 |
|---|
| RENEWAL OF 09CP008000 |

### NAMED INSURED AND MAILING ADDRESS

I KUSHNIR HOTELS INC
3001 N OCEAN DR
HOLLYWOOD FL 33019

### AGENCY AND MAILING ADDRESS 00NFL03103

Florida Business Ins Inc
123 NW 13TH ST STE 208
Boca Raton FL  33432

POLICY PERIOD:  From 08/06/2012 to 08/06/2013 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

## QUOTATION ONLY - NOT A POLICY

THIS QUOTATION IS VALID FOR  60 DAYS AND IS SUBJECT TO A SATISFACTORY
INSPECTION.

| | | |
|---|---|---|
| TOTAL QUOTE PREMIUM | $ | 1,757.00 |
| FIRE COLLEGE SURCHARGE | $ | .79 |
| FHCF (CAT FUND) 01/07 | $ | 22.68 |
| FLORIDA E.M.P. & A. TRUST FUND SURCHARGE | $ | 4.00 |
| COASTAL ACCOUNT | $ | 16.87 |
| POLICY FEE | $ | 25.00 |
| GRAND TOTAL | $ | 1,826.34 |

PREMIUM SHOWN IS PAYABLE:  $1,761.79 AT INCEPTION;        1ST ANNIVERSARY;        2ND ANNIVERSARY

PREM. NO.  1   BLDG. NO.  1
3001 N OCEAN DR            HOLLYWOOD, FL 33019         MOTEL

### COVERAGES PROVIDED
INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN

| COVERAGE | CAUSE OF LOSS | DED $ | COINSURANCE | LIMIT OF INSURANCE $ |
|---|---|---|---|---|
| BUILDING | SPECIAL-Incl theft | 1,000 | 90% | 434,000 |

### OPTIONAL COVERAGES

INFLATION GUARD:  BUILDING  4% ANNUAL INCREASE      PERSONAL PROPERTY NA%
BUILDING:  REPLACEMENT COST
WINDSTORM & HAIL EXCLUSION

07-16-12              GM              Page     1 of    4



# NOVA CASUALTY COMPANY

A STOCK INSURANCE COMPANY
726 EXCHANGE STREET, SUITE 1020 BUFFALO, NY 14210
1-866-633-6945

## COMMERCIAL PROPERTY
QUOTATION

PROFESSIONAL UNDERWRITERS AGENCY, INC.
Managing General Agency

| QUOTE NO. | FLB-CL-9002670-0 |
|---|---|
| RENEWAL OF 09CP008000 | |

## NAMED INSURED AND MAILING ADDRESS

I KUSHNIR HOTELS INC
3001 N OCEAN DR
HOLLYWOOD FL 33019

## AGENCY AND MAILING ADDRESS 00NFL03103

Florida Business Ins Inc
123 NW 13TH ST STE 208
Boca Raton FL  33432

POLICY PERIOD:  From 08/06/2012 to 08/06/2013 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

## MORTGAGE HOLDERS:

MICKY BLISS ETAL          C/O USA EXPRESS,INC
1744 S MIMAI AVENUE
MIAMI                     FL 33129

LOAN #: FIRST MORTGAGE

USA EXPRESS INC
1744 S.MIAMI AVENUE
MIAMI                     FL 33129

LOAN #:

## APPLY TO:

| COMMERCIAL PROPERTY | TOTAL PREMIUM: $ | 793 |
|---|---|---|

TERRORISM RISK INSURANCE ACT (ANNUAL) CHARGE IS                    $4

07-16-12          GM          Page    2 of    4          SIGNATURE  OF  AUTHORIZED  REPRESENTATIVE

Company



# NOVA CASUALTY COMPANY
A STOCK INSURANCE COMPANY
726 EXCHANGE STREET, SUITE 1020 BUFFALO, NY 14210
1-866-633-6945
## COMMERCIAL GENERAL LIABILITY
QUOTATION

PROFESSIONAL UNDERWRITERS AGENCY, INC.
Managing General Agency

| QUOTE NO.  FLB-CL-9002670-0 |
| --- |
| RENEWAL OF  09CP008000 |

NAMED INSURED AND MAILING ADDRESS

| I KUSHNIR HOTELS INC |
| 3001 N OCEAN DR |
| HOLLYWOOD FL 33019 |

AGENCY AND MAILING ADDRESS 00NFL03103

| Florida Business Ins Inc |
| 123 NW 13TH ST STE 208 |
| Boca Raton FL  33432 |

POLICY PERIOD:  From 08/06/2012 to 08/06/2013 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

| LIMITS OF INSURANCE | | |
| --- | --- | --- |
| GENERAL AGGREGATE | $ | 1,000,000 |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE | $ | INCLUDED |
| PERSONAL INJURY & ADVERTISING INJURY | $ | 1,000,000 |
| EACH OCCURRENCE | $ | 1,000,000 |
| DAMAGE TO PREMISES RENTED TO YOU | $ | 100,000  ANY ONE PREMISES |
| MEDICAL EXPENSE | $ | 5,000  ANY ONE PERSON |

| LOCATION OF ALL PREMISES YOU OWN, RENT OR OCCUPY: |
| --- |
| LOC #  1: 3001 N OCEAN DR          HOLLYWOOD, FL 33019 |

| LOC | CLASSIFICATION | CODE | PREMIUM BASIS | PMS RATE | PDTS RATE |
| --- | --- | --- | --- | --- | --- |
| 1 | HOTELS AND MOTELS - WITHOUT POOLS OR BEACHES - LESS THAN FOUR STORIES | 45192 | GROSS SALES  85,000 | 11.252 | |
| | PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | |

MANUSCRIPT FORMS:

CG2144 (07-98) : LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT
REFER TO LOCATION ADDRESS(ES)

CG2245 (07-98) : EXCLUSION - SPECIFIED HEALTH OR COSMETIC SERVICES

07-16-12

Page    3 of    4

Company



# NOVA CASUALTY COMPANY

A STOCK INSURANCE COMPANY

726 EXCHANGE STREET, SUITE 1020 BUFFALO, NY 14210

1-866-633-6945

## COMMERCIAL GENERAL LIABILITY

QUOTATION

PROFESSIONAL UNDERWRITERS AGENCY, INC.

Managing General Agency

| QUOTE NO.   FLB-CL-9002670-0 |
| --- |
| RENEWAL OF  09CP008000 |

## NAMED INSURED AND MAILING ADDRESS

I KUSHNIR HOTELS INC
3001 N OCEAN DR
HOLLYWOOD FL 33019

## AGENCY AND MAILING ADDRESS 00NFL03103

Florida Business Ins Inc
123 NW 13TH ST STE 208
Boca Raton FL  33432

POLICY PERIOD:   From 08/06/2012 to 08/06/2013 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

| ESTIMATED GENERAL LIABILITY PREMIUM | $ | 964 |
| --- | --- | --- |

| TERRORISM RISK INSURANCE ACT (ANNUAL) CHARGE IS | $8 |
| --- | --- |
| TOTAL PREMIUM | $964 |

07-16-12                                  Page    4 of    4        SIGNATURE  OF  AUTHORIZED  REPRESENTATIVE

Company

Part 2: THIS DECLARATION PAGE, WITH POLICY PROVISIONS - PART I AND ENDORSEMENTS, IF ANY ISSUED TO FORM A PART THEREOF, COMPLETE THE BELOW NUMBERED CITIZENS PROPERTY INSURANCE CORPORATION POLICY.

# CITIZENS PROPERTY INSURANCE CORPORATION, WIND ONLY POLICY

6676 Corporate Center Parkway, Jacksonville, Florida 32216-0973



THIS IS A

GENERAL BUSINESS

INSURED NAME AND ADDRESS

KUSHNIR HOTELS INC
3001 N OCEAN DR
HOLLYWOOD, FL  33019

POLICY TERM  6/13/2012  TO  8/13/2013
INCEPTION DATE    EXPIRATION DATE

AT 12:01 A.M. (EST)   CITIZENS POLICY NO.   526075

This is your Policy Declaration Page - This is not a Bill - DO NOT PAY       PAGE   2

| Item No. | Amount of Insurance Building | Contents | Percent of Coinsurance Applicable | DEDUCTIBLES | Territory | Premium |
|---|---|---|---|---|---|---|
| 1 | $ 350,000 | $ 0 | 80 | $ 10,500 | T-36 | $ 2,504 |

TWO STORY WIND RESISTIVE (11) UNIT HOTEL
K/A KUSHNIR HOTELS
3001 N OCEAN DR  HOLLYWOOD (EIW),  BROWARD  FL  33019-3709

| Total Coverage: | $350,000 | Payment Plan:  Quarterly | Total Premium: | $2,985 |

| Premium Amount | $2,504 | 2005 Citizens Property Insurance Corporation Emergency Assessment | $25 |
| Tax Exempt Surcharge | $44 | 2005 Florida Hurricane Catastrophe Fund (FHCF) Emergency Assessment | $33 |
| | | Catastrophe Reinsurance Surcharge | $376 |
| | | 2009 Florida Insurance Guaranty Association Regular Assessment | $3 |

Subject to Form No(s):

Mortgagee/Loss Payee:

MORTGAGEE/LOSS PAYEES LIST ON ADDITIONAL PAGE

Agent:
FLORIDA BUSINESS INS. 6839
123 N W 13TH ST. #208
BOCA RATON,, FL  33432

(561) 416-8992
CIT W03-CNR 01 10    68399  Team 4

Payor:   INSURED

Date:  8/23/2012

POLICY DECLARATION - INSURED COPY       QSY  R  40111       35

Part 2: THIS DECLARATION PAGE, WITH POLICY PROVISIONS - PART 1 AND ENDORSEMENTS, IF ANY ISSUED TO FORM A PART THEREOF, COMPLETE THE BELOW NUMBERED CITIZENS PROPERTY INSURANCE CORPORATION POLICY.

## CITIZENS PROPERTY INSURANCE CORPORATION, WIND ONLY POLICY

6676 Corporate Center Parkway, Jacksonville, Florida 32216-0973

 CITIZENS

INSURED NAME AND ADDRESS

KUSHNIR HOTELS INC
3001 N OCEAN DR
HOLLYWOOD, FL  33019

THIS IS A

GENERAL BUSINESS

POLICY TERM  8/13/2012  TO  8/13/2013        AT 12:01 A.M. (EST)    CITIZENS POLICY NO.  526075
INCEPTION DATE    EXPIRATION DATE    **This is your Policy Declaration Page - This is not a Bill - DO NOT PAY**

PAGE  3

| Item No. | AMOUNT OF INSURANCE | | Percent of Coinsurance Applicable | DEDUCTIBLES | Territory | Premium |
|---|---|---|---|---|---|---|
| | Building | Contents | | | | |
| | $ | $ | % | $ | | $ |

MORTGAGEE/LOSS PAYEES:

1    MICKY BISS TRUSTEE OF THE ELAINE BISS
     REVOCABLE TRUST C/O USA EXPRESS INC
     1744 S MIAMI AVE
     MIAMI, FL  33129

2    USA EXPRESS INC
     1744 S MIAMI AVE
     MIAMI, FL  33129

Total Coverage:        Payment Plan:        Total Premium:

Subject to Form No(s).:

     CIT CP2 02 12  CNRW 01 10 01 10
Mortgagee/Loss Payee:

Agent:
     FLORIDA BUSINESS INS, 6839
     123 N W 13TH ST, #208
     BOCA RATON,, FL  33432

     (561) 416-8992
CIT W01-CNR 01 10      68399  Team 4

Payor:    INSURED

Date: 8/23/2012

POLICY DECLARATION - INSURED COPY        QSY    R    40111        36

G

INSURED COPY

# FLOOD POLICY DECLARATIONS
## 08/23/2012
### AMERICAN BANKERS
### INSURANCE COMPANY OF FLORIDA
SCOTTSDALE AZ 85261-4337

NO. 0015702613



**ASSURANT**
Specialty
Property®

**GENERAL PROPERTY FORM**
**RENEWAL**

ISSUE DATE  8/23/2012

| NAMED INSURED AND MAILING ADDRESS | AGENT'S NAME AND ADDRESS |
|---|---|
| KUSHNIR HOTELS, INC<br>3001 N OCEAN DR<br>HOLLYWOOD FL  33019 | 1ST STREET AGENCY LLC<br>PO BOX 45-9003<br>SUNRISE FL  33345 |

POLICY TERM: 1 YEAR(S)     INCEPTION: 8/04/2012     EXPIRATION: 8/04/2013

THESE DECLARATIONS ARE EFFECTIVE  8/04/2012     12:01 A.M. LOCAL TIME AT THE DESCRIBED LOCATION
COVERED BY THIS POLICY LOCATED AT THE ABOVE MAILING ADDRESS, UNLESS OTHERWISE STATED BELOW.

## RATING INFORMATION

| | | |
|---|---|---|
| CONSTRUCTION DATE: 01/01/1965 | COMMUNITY NAME: HOLLYWOOD, CITY OF | |
| BUILDING DESCRIPTION: NON-RESIDENTIAL | COMMUNITY NO.: 1251130309F | COMMUNITY RATING: 06 |
| NO. OF FLOORS: TWO | PROGRAM STATUS: REGULAR | RISK ZONE: AE |
| BASEMENT/ENCLOSURE: NONE | CONDO TYPE: NOT A CONDO | NO. OF UNITS: N/A |
| REPLACEMENT COST: 66,000 | GRANDFATHERED: NO | ELEVATED BUILDING: NO |
| CONTENTS LOCATION: N/A | | |

CURRENT FLOOD ZONE: AE      RATING ELEVATION:  N/A

| LIMITS OF LIABILITY | BUILDING<br>CONTENTS | $66,000<br>NONE | DEDUCTIBLE AMOUNTS | BUILDING<br>CONTENTS | $2,000<br>N/A |
|---|---|---|---|---|---|

### RATES AND AMOUNT OF INSURANCE IN FORCE FOR BUILDING AND CONTENTS

| TYPE OF COVERAGE | BASIC | | | ADDITIONAL | | | DEDUCTIBLE BUYBACK/DISC. | TOTAL PREMIUM |
|---|---|---|---|---|---|---|---|---|
| | AMT. OF INS. | RATE | PREMIUM | AMT. OF INS. | RATE | PREMIUM | | |
| BUILDING | 66,000 x | .83 = | $548 | ----- | | | $.00 | $548.00 |
| CONTENTS | ----- | | | ----- | | | N/A | ----- |

1ST MTG/OTHER PAYOR NAME & ADDR
MICKY BLISS TRUSTES OF THEELAI
ELAINE BLISS REVOCABLE
TRUST % USA EXPRESS INC
1744 S MIAMI AVE
MIAMI FL  33129

2ND MTG/OTHER PAYOR NAME & ADDR

USA EXPRESSS INC
1744 S MIAMI AVE
MIAMI FL  33129

| PREMIUM SUBTOTAL | 548.00 |
|---|---|
| COVERAGE D (ICC) | 70.00 |
| CRS DISCOUNT | -124.00 |
| PROBATION SURCHARGE | 0.00 |
| FEDERAL POLICY FEE | 40.00 |
| TOTAL PAID PREMIUM | $534.00 |

ENDORSEMENTS:
ABIC:AB4

| AGENCY NO.<br>7066125 | PRODUCER NO.<br>0 | AGENT PHONE NO.<br>(866) 351-3058 | PAYOR<br>INSURED | COUNTERSIGNATURE |
|---|---|---|---|---|



# NOVA CASUALTY COMPANY

A STOCK INSURANCE COMPANY

726 EXCHANGE STREET, SUITE 1020 BUFFALO, NY 14210

1-866-633-6945

## COMMON POLICY DECLARATIONS

### DECLARATIONS PAGE

PROFESSIONAL UNDERWRITERS AGENCY, INC.

Managing General Agency

| POLICY NO. FLB-CL-0013681-0 |
| --- |
| RENEWAL OF 09CPP13846 |

## NAMED INSURED AND MAILING ADDRESS

I KUSHNIR HOTELS, INC
3001 N OCEAN DRIVE
HOLLYWOOD FL 33019

## AGENCY AND MAILING ADDRESS 00NFL03103

Florida Business Ins Inc
123 NW 13TH ST STE 208
Boca Raton FL   33432

POLICY PERIOD:  From 11/30/2012 to 11/30/2013 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.
THE NAMED INSURED IS :   CORPORATION        BUSINESS DESC :  OFFICE BUILDING LRO

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF
THIS POLICY, WE AGREE WITH YOU TO PROVIDE INSURANCE AS STATED IN THIS
POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A
PREMIUM IS INDICATED.   THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| | PREMIUM |
| --- | --- |
| COMMERCIAL PROPERTY | 388 |
| COMMERCIAL GENERAL LIABILITY | 288 |
| COMMERCIAL CRIME | NOT COVERED |
| COMMERCIAL INLAND MARINE | NOT COVERED |
| COMMERCIAL AUTO | NOT COVERED |
| GARAGE | NOT COVERED |

| | |
| --- | --- |
| ESTIMATED TOTAL PREMIUM | $676 |
| FIRE COLLEGE SURCHARGE | .39 |
| FHCF (CAT FUND) 01/07 | 8.73 |
| FLORIDA E.M.P. & A. TRUST FUND SURCHARGE | 4.00 |
| COASTAL ACCOUNT | 6.42 |
| POLICY FEE | 25.00 |
| GRAND TOTAL | $720.54 |

THE POLICY WRITING NONREFUNDABLE MINIMUM PREMIUM IS    NONE

PREMIUM SHOWN IS PAYABLE:    $720.54 AT INCEPTION;          1ST ANNIVERSARY;        2ND ANNIVERSARY

A



# NOVA CASUALTY COMPANY

A STOCK INSURANCE COMPANY

726 EXCHANGE STREET, SUITE 1020 BUFFALO, NY 14210

1-866-633-6945

## COMMON POLICY DECLARATIONS
### DECLARATIONS PAGE

**PROFESSIONAL UNDERWRITERS AGENCY, INC.**
Managing General Agency

**POLICY NO. FLB-CL-0013681-0**
RENEWAL OF 09CPP13846

## NAMED INSURED AND MAILING ADDRESS

I KUSHNIR HOTELS, INC
3001 N OCEAN DRIVE
HOLLYWOOD FL 33019

## AGENCY AND MAILING ADDRESS 00NFL03103

Florida Business Ins Inc
123 NW 13TH ST STE 208
Boca Raton FL  33432

POLICY PERIOD: From 11/30/2012 to 11/30/2013 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

## FORMS AND ENDORSEMENTS APPLICABLE TO ALL COVERAGE PARTS
IL0017 (11-98)   IL0985 (01-08)   AIL00140211

THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS,
COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

COUNTERSIGNED AT: _____ DATE: _____ BY: _____

AUTHORIZED REPRESENTATIVE



# NOVA CASUALTY COMPANY

A STOCK INSURANCE COMPANY

726 EXCHANGE STREET, SUITE 1020 BUFFALO, NY 14210

1-866-633-6945

## COMMERCIAL PROPERTY

### DECLARATIONS PAGE

PROFESSIONAL UNDERWRITERS AGENCY, INC.
Managing General Agency

| POLICY NO. FLB-CL-0013681-0 |
| RENEWAL OF  O9CPP13846 |

### NAMED INSURED AND MAILING ADDRESS

I KUSHNIR HOTELS, INC
3001 N OCEAN DRIVE
HOLLYWOOD FL 33019

### AGENCY AND MAILING ADDRESS 00NFL03103

Florida Business Ins Inc
123 NW 13TH ST STE 208
Boca Raton FL  33432

POLICY PERIOD:  From 11/30/2012 to 11/30/2013 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

PREM. NO.  1   BLDG. NO.601

S OCEAN DRIVE AKA 360 OREGON STREET                     HOLLYWOOD, FL 33019

#### COVERAGES PROVIDED

INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN

| COVERAGE | CAUSE OF LOSS | DED $ | COINSURANCE | LIMIT OF INSURANCE $ |
|---|---|---|---|---|
| BUILDING | SPECIAL-Incl theft | 1,000 | 90% | 223,000 |

#### OPTIONAL COVERAGES

INFLATION GUARD:  BUILDING  4% ANNUAL INCREASE     PERSONAL PROPERTY NA%
BUILDING: REPLACEMENT COST
WINDSTORM & HAIL EXCLUSION

| TOTAL PROPERTY PREMIUM | $388 |

### MORTGAGE HOLDERS:

DORIS FREUDMAN
1744 S MIAMI AVENUE
MIAMI,                          FL 33129

LOAN #:

USA EXPRESS, INC
1744 SO MIAMI AVENUE
MIAMI                           FL 33129

LOAN #:

TERRORISM RISK INSURANCE ACT (ANNUAL) CHARGE IS

### APPLY TO:

$2

IL 0019 1185        11-28-12 GM              Page     3 of     6



# NOVA CASUALTY COMPANY

A STOCK INSURANCE COMPANY

726 EXCHANGE STREET, SUITE 1020 BUFFALO, NY 14210

1-866-633-6945

## COMMERCIAL PROPERTY

DECLARATIONS PAGE

PROFESSIONAL UNDERWRITERS AGENCY, INC.

Managing General Agency

| POLICY NO. FLB-CL-0013681-0 |
| --- |
| RENEWAL OF 09CPP13846 |

## NAMED INSURED AND MAILING ADDRESS

## AGENCY AND MAILING ADDRESS 00NFL03103

I KUSHNIR HOTELS, INC
3001 N OCEAN DRIVE
HOLLYWOOD FL 33019

Florida Business Ins Inc
123 NW 13TH ST STE 208
Boca Raton FL  33432

POLICY PERIOD:  From 11/30/2012 to 11/30/2013 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

## FORMS AND ENDORSEMENTS

APPLYING TO COMMERCIAL PROPERTY COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:

CPQ090 (07-88)   CPO125 (07-08)   IL0255 (01-10)   1L0175 (09-07)   1L0935 (07-02)   CP0140 (07-06)

CP1032 (08-08)   CP1054 (06-07)   CPO010 (06-07)   CP1030 (06-07)   ACP00780112   IL0952 (03-08)

THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

COUNTERSIGNED AT: _____   DATE: _____   BY: _____

AUTHORIZED REPRESENTATIVE



# NOVA CASUALTY COMPANY

A STOCK INSURANCE COMPANY

726 EXCHANGE STREET, SUITE 1020 BUFFALO, NY 14210

1-866-633-6945

## COMMERCIAL GENERAL LIABILITY

DECLARATIONS PAGE

PROFESSIONAL UNDERWRITERS AGENCY, INC.
Managing General Agency

| POLICY NO. FLB-CL-0013681-0 |
|---|
| RENEWAL OF 09CPP13846 |

## NAMED INSURED AND MAILING ADDRESS

I KUSHNIR HOTELS, INC
3001 N OCEAN DRIVE
HOLLYWOOD FL 33019

## AGENCY AND MAILING ADDRESS 00NFL03103

Florida Business Ins Inc
123 NW 13TH ST STE 208
Boca Raton FL   33432

POLICY PERIOD: From 11/30/2012 to 11/30/2013 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

## LIMITS OF INSURANCE

| | | |
|---|---|---|
| GENERAL AGGREGATE | $ 2,000,000 | |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE | $ INCLUDED | |
| PERSONAL INJURY & ADVERTISING INJURY | $ 1,000,000 | |
| EACH OCCURRENCE | $ 1,000,000 | |
| DAMAGE TO PREMISES RENTED TO YOU | $ 100,000 | ANY ONE PREMISES |
| MEDICAL EXPENSE | $ 5,000 | ANY ONE PERSON |

## LOCATION OF ALL PREMISES YOU OWN, RENT OR OCCUPY:

LOC # 1: S OCEAN DRIVE AKA 360 OREGON STREET, HOLLYWOOD, FL 33019

| LOC | CLASSIFICATION | CODE | PREMIUM BASIS | PMS RATE | PDTS RATE |
|---|---|---|---|---|---|
| 1 | BUILDINGS OR PREMISES - BANK OR OFFICE - MERCANTILE OR MANUFACTURING - MAINTAINED BY THE INSURED (LESSOR'S RISK ONLY) - OTHER THAN NOT-FOR-PROFIT PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | 61217 | AREA    2,000 | 142.298 | INCL |



# NOVA CASUALTY COMPANY
A STOCK INSURANCE COMPANY

726 EXCHANGE STREET, SUITE 1020 BUFFALO, NY 14210

1-866-633-6945

# COMMERCIAL GENERAL LIABILITY
## DECLARATIONS PAGE

**PROFESSIONAL UNDERWRITERS AGENCY, INC.**
Managing General Agency

**POLICY NO. FLB-CL-0013681-0**
RENEWAL OF 09CPP13846

## NAMED INSURED AND MAILING ADDRESS

I KUSHNIR HOTELS, INC
3001 N OCEAN DRIVE
HOLLYWOOD FL 33019

## AGENCY AND MAILING ADDRESS 00NFL03103

Florida Business Ins Inc
123 NW 13TH ST STE 208
Boca Raton FL  33432

POLICY PERIOD: From 11/30/2012 to 11/30/2013 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

MANUSCRIPT FORMS:

CG2144 (07-98) : LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT
--------------------  REFER TO LOCATION ADDRESS (ES)

TERRORISM RISK INSURANCE ACT (ANNUAL) CHARGE IS $3

| | |
|---|---|
| **TOTAL PREMIUM** | **$288** |

## FORMS AND ENDORSEMENTS
APPLYING TO COMMERCIAL GENERAL LIABILITY COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:

| | | | | | |
|---|---|---|---|---|---|
| IL0021 (09-08) | CG0001 (12-07) | AGL01430708 | CG2147 (12-07) | CG2149 (09-99) | CG0068 (05-09) |
| CG0220 (03-12) | A1L00331011 | A1L00351011 | CG2144 (07-98) | CG2426 (07-04) | CG2196 (03-05) |
| CG2167 (12-04) | CG2170 (01-08) | CGP011 (05-09) | | | |

THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

COUNTERSIGNED AT: _____    DATE: _____    BY: _____
AUTHORIZED REPRESENTATIVE

CG DS 01 10 01        11-28-12            Page    6 of    6

# NOVA CASUALTY COMPANY

### A STOCK INSURANCE COMPANY

726 EXCHANGE STREET, SUITE 1020 BUFFALO, NY 14210

1-866-633-6945

# COMMON POLICY DECLARATIONS

### INSTALLMENT PLAN

PROFESSIONAL UNDERWRITERS AGENCY, INC.

Managing General Agency

| POLICY NO. FLB-CL-0013681-0 |
| RENEWAL OF 09CPP13846 |

## NAMED INSURED AND MAILING ADDRESS

I KUSHNIR HOTELS, INC
3001 N OCEAN DRIVE
HOLLYWOOD FL 33019

## AGENCY AND MAILING ADDRESS 00NFL03103

Florida Business Ins Inc
123 NW 13TH ST STE 208
Boca Raton FL  33432

POLICY PERIOD:  From 11/30/2012 to 11/30/2013 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**PREMIUM AMOUNT:**    $676         **SURCHARGE/ASSESSMENT AMOUNT: $44.54**

| DUE DATE | PREMIUM DUE | SURCHARGE/ASSESSMENT DUE |
|---|---|---|
| 11/30/2012 | $676 | $44.54 |

11-28-12                        Page    1 of    1       SIGNATURE OF AUTHORIZED REPRESENTATIVE



**NOVA CASUALTY COMPANY**
726 Exchange Street, Suite 1020, Buffalo, NY 14210
Phone: 716.856.3722 Fax: 716.856.4351

In Witness Whereof, Nova Casualty Company has executed and attested these presents, and where required by law, has caused this Policy to be countersigned by its duly authorized Representative.

Charles Frederick Cronin
Corporate Secretary

Marita Zuraitis
President

AIL00130211

_____, WITH POLICY PROVISIONS - PART I AND ENDORSEMENTS, IF ANY ISSUED TO FORM
A PART THEREOF, COMPLETE THE BELOW NUMBERED CITIZENS PROPERTY INSURANCE CORPORATION POLICY.

# CITIZENS PROPERTY INSURANCE CORPORATION, WIND ONLY POLICY

6676 Corporate Center Parkway, Jacksonville, Florida 32216-0973

**CITIZENS**
PROPERTY INSURANCE CORPORATION

NSURED NAME AND ADDRESS

I KUSHNIR HOTELS INC
3001 N OCEAN DR
HOLLYWOOD, FL  33019

THIS IS A

GENERAL BUSINESS

OLICY TERM  <u>10/22/2012</u>  TO  <u>10/22/2013</u>       AT 12:01 A.M. (EST)       CITIZENS POLICY NO.   1399524
      INCEPTION DATE       EXPIRATION DATE   **This is your Policy Declaration Page  - This is not a Bill - DO NOT PAY**

PAGE  2

| Item No. | AMOUNT OF INSURANCE | | Percent of Coinsurance Applicable | DEDUCTIBLES | Territory | Premium |
|---|---|---|---|---|---|---|
| | Building | Contents | | | | |
| | $ | $ | % | $ | | $ |
| 1 | 211,000 | 0 | 80 | 6,330 | T-36 | 1,456 |

TWO STORY MASONRY OFFICE BLDG LOC:
601 S OCEAN DR  HOLLYWOOD,  BROWARD  FL  33019-2007

| otal Coverage: | **$211,000** | **Payment Plan:  Full Pay** | Total Premium: | **$1,735** |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Premium Amount | $1,456 | 2005 Citizens Property Insurance Corporation Emergency Assessment | $15 |
| Tax Exempt Surcharge | $25 | 2005 Florida Hurricane Catastrophe Fund (FHCF) Emergency Assessment | $19 |
| | | Catastrophe Reinsurance Surcharge | $218 |
| | | 2009 Florida Insurance Guaranty Association Regular Assessment | $2 |

ject to Form No(s):

tgagee/Loss Payee:

MORTGAGEE/LOSS PAYEES LIST ON ADDITIONAL PAGE

t:

FLORIDA BUSINESS INS. 6839
123 N W 13TH ST. #208
BOCA RATON,, FL  33432

(561) 416-8992

W03-CNR 01 10       68399  Team 4

Payor:       INSURED

Date 10/23/2012

POLICY DECLARATION - INSURED COPY

A PART THEREOF, COMPLETE THE BELOW NUMBERED CITIZENS PROPERTY INSURANCE CORPORATION POLICY.

# CITIZENS PROPERTY INSURANCE CORPORATION, WIND ONLY POLICY

6676 Corporate Center Parkway, Jacksonville, Florida 32216-0973



| | |
|---|---|
| INSURED NAME AND ADDRESS | THIS IS A |
| I KUSHNIR HOTELS INC<br>3001 N OCEAN DR<br>HOLLYWOOD, FL  33019 | GENERAL BUSINESS |

| POLICY TERM | 10/22/2012 | TO | 10/22/2013 | AT 12:01 A.M. (EST) | CITIZENS POLICY NO. | 1399524 |
|---|---|---|---|---|---|---|
| | INCEPTION DATE | | EXPIRATION DATE | | | |

**This is your Policy Declaration Page - This is not a Bill - DO NOT PAY**

PAGE  3

| Item No. | AMOUNT OF INSURANCE | | Percent of Coinsurance Applicable | DEDUCTIBLES | Territory | Premium |
|---|---|---|---|---|---|---|
| | Building | Contents | | | | |
| | $ | $ | % | $ | | $ |

MORTGAGEE/LOSS PAYEES:

1  DORIS FRENDMAN
   1744 SOUTH MIAMI AVENUE
   MIAMI, FL  33129

2  USA EXPRESS INC
   1744 S MIAMI AVE
   MIAMI, FL  33129

| Total Coverage: | Payment Plan: | Total Premium: |
|---|---|---|

Subject to Form No(s):

CIT CP2 02 12  CNRW 01 10 01 10

Mortgagee/Loss Payee:

| Agent: | Payor: |
|---|---|
| FLORIDA BUSINESS INS. 6839<br>123 N W 13TH ST. #208<br>BOCA RATON,, FL  33432 | INSURED |
| (561) 416-8992 | Date 10/23/2012 |

| CIT W03-CNR 01 10 | 68399  Team 4 | POLICY DECLARATION - INSURED COPY | QSY  R  40111 | 70 |



**FLOOD POLICY DECLARATIONS**
08/29/2012

INSURED COPY
NO. **1011135955**

**AMERICAN BANKERS
INSURANCE COMPANY OF FLORIDA
SCOTTSDALE AZ 85261-4337**

**ASSURANT**
Specialty
Property®

**GENERAL PROPERTY FORM
RENEWAL**

ISSUE DATE    **8/29/2012**

| NAMED INSURED AND MAILING ADDRESS | AGENT'S NAME AND ADDRESS |
|---|---|
| **I. KUSHNIR HOTELS, INC**<br>**3001 N. OCEAN DRIVE**<br>**HOLLYWOOD FL  33019** | **1ST STREET AGENCY LLC**<br>**PO BOX 45-9003**<br>**SUNRISE FL  33345** |

POLICY TERM: **1** YEAR(S)    INCEPTION: **10/19/2012**    EXPIRATION: **10/19/2013**

THESE DECLARATIONS ARE EFFECTIVE **10/19/2012**   12:01 A.M. LOCAL TIME AT THE DESCRIBED LOCATION
COVERED BY THIS POLICY LOCATED AT THE ABOVE MAILING ADDRESS, UNLESS OTHERWISE STATED BELOW.

**601 S. OCEAN DRIVE
HOLLYWOOD FL  33019**

## RATING INFORMATION

| | | | |
|---|---|---|---|
| CONSTRUCTION DATE: **01/01/1986** | COMMUNITY NAME: **HOLLYWOOD, CITY OF** | | |
| BUILDING DESCRIPTION: **NON-RESIDENTIAL** | COMMUNITY NO.: **1251130317G** | COMMUNITY RATING: **06** |
| NO. OF FLOORS: **TWO** | PROGRAM STATUS: **REGULAR** | RISK ZONE: **AE** |
| BASEMENT/ENCLOSURE: **NONE** | CONDO TYPE: **NOT A CONDO** | NO. OF UNITS: **N/A** |
| REPLACEMENT COST: **150,000** | GRANDFATHERED: **NO** | ELEVATED BUILDING: **YES** |
| CONTENTS LOCATION: **N/A** | | |
| | CURRENT FLOOD ZONE: **AE** | RATING ELEVATION:  **3** |

| LIMITS OF LIABILITY | BUILDING CONTENTS | $150,000<br>NONE | DEDUCTIBLE AMOUNTS | BUILDING CONTENTS | $1,000<br>N/A |
|---|---|---|---|---|---|

### RATES AND AMOUNT OF INSURANCE IN FORCE FOR BUILDING AND CONTENTS

| TYPE OF COVERAGE | BASIC | | | ADDITIONAL | | | DEDUCTIBLE BUYBACK/DISC. | TOTAL PREMIUM |
|---|---|---|---|---|---|---|---|---|
| | AMT. OF INS. | RATE | PREMIUM | AMT. OF INS. | RATE | PREMIUM | | |
| BUILDING | 150,000 x | .22 = | $330 | ----- | | | $.00 | $330.00 |
| CONTENTS | ----- | | | ----- | | | N/A | ----- |

1ST MTG/OTHER PAYOR NAME & ADDR
**JUDITH KODSI TRUST
P.O. BOX 320637
COCOA BEACH FL  32932**

| | |
|---|---|
| PREMIUM SUBTOTAL | 330.00 |
| COVERAGE D (ICC) | 5.00 |
| CRS DISCOUNT | -67.00 |
| PROBATION SURCHARGE | 0.00 |
| FEDERAL POLICY FEE | 40.00 |
| TOTAL PAID PREMIUM | $308.00 |

2ND MTG/OTHER PAYOR NAME & ADDR

**USA EXPRESS INC
1744 S MIAMI AVE
MIAMI FL  33129**

ENDORSEMENTS:
**ABIC:AB4**

| AGENCY NO.<br>**7066125** | PRODUCER NO.<br>**0** | AGENT PHONE NO.<br>**(866) 351-3058** | PAYOR<br>**INSURED** | COUNTERSIGNATURE |
|---|---|---|---|---|

FREEDOM INSURANCE AGENCY
DENISE NICOLE SHANNON
101 S State Road 7
Plantation, FL 33317-3733

Policyholder Copy

Policy Number: FRJP4134941-05-0000

ISRAEL KUSHNIR
3001 N Ocean Dr
Hollywood, FL 33019-3709

Policy items enclosed with this declarations page:
    PRM1 DP3 10 12
    ACK-1 06 12
    PNMPR-7 10 05
    OC DP3 09 12
    PNMPR-8 06 12
    OIR-B1-1655-DP3 REV 4
    CIT DP-3 01 12
    CIT DL 24 01 01 12
    CIT DL 24 11 01 12
    CIT DL 25 09 01 12

DP3DEC 01 11

## Citizens Property Insurance Corporation

Citizens Service Center
6676 Corporate Center Parkway
Jacksonville, FL 32216-0973

# Dwelling Fire DP-3 Special Form Policy - Renewal Declarations

## Policy Number: FRJP4134941-05-0000    Policy Period: From 12/11/12 To 12/11/13

12:01 A.M. Eastern time at the location of the Residence Premises

| Named Insured and Mailing Address: | Location of Residence Premises: | Agent: Phone (954) 792-3660 |
|---|---|---|
| ISRAEL KUSHNIR<br>3001 N Ocean Dr<br>Hollywood, FL 33019-3709 | 335 MONROE ST<br>HOLLYWOOD, FL 33019 | FREEDOM INSURANCE AGENCY<br>DENISE NICOLE SHANNON<br>101 S State Road 7<br>Plantation, FL 33317-3733<br><br>FL License: E084548    Citizens ID: 031931 |

Coverage is only provided where a premium and a limit of liability is shown.

ALL OTHER PERILS DEDUCTIBLE: $2,500          **HURRICANE DEDUCTIBLE: $3,868 (2%)**

|  | LIMIT OF LIABILITY | ANNUAL PREMIUM |
|---|---|---|
| **PROPERTY COVERAGES** | | $10,915 |
| A - Dwelling | $193,400 | |
| B - Other Structures | $3,868 | |
| C - Personal Property (ACV) | $10,000 | |
| D - Fair Rental Value* | $19,340 | |
| E - Additional Living Expense* | $19,340 | |
| **PERSONAL LIABILITY** | | |
| L - Personal Liability | $100,000 | $45 |
| M - Medical Payments | $2,000 | INCLUDED |

* Coverage "D" and "E" combined, limited to 10% of Coverage "A" for the same loss (see policy).

**OTHER PROPERTY OR LIABILITY COVERAGES**

| | |
|---|---|
| PREMIUM ADJUSTMENT DUE TO ALLOWABLE RATE CHANGE | -$8,337 |
| **MANDATORY ADDITIONAL CHARGES** | |
| Emergency Management Preparedness and Assistance Trust Fund | $2 |
| 2005 Florida Hurricane Catastrophe Fund (FHCF) Emergency Assessment | $34 |
| 2005 Citizens Property Insurance Corporation Emergency Assessment | $26 |
| Tax Exempt Surcharge | $46 |

**TOTAL POLICY PREMIUM INCLUDING ASSESSMENTS AND ALL SURCHARGES**          **$2,731**

### IF PAYMENT IS NOT RECEIVED BY 12/11/12, COVERAGE IS NOT IN EFFECT.

Insured Note: The portion of your premium for Hurricane Coverage is: $2,205  Non-Hurricane is: $418

| First Mortgagee: | | |
|---|---|---|
| Loan Number: TBA<br>USA EXPRESS, INC.<br>ISAOA/ATIMA<br>1744 S. MIAMI AVE.<br>MIAMI, FL 33129 | | |

DP3DEC 01 11

**Policy Number: FRJP4134941-05-0000**     **Policy Period: From 12/11/12 To 12/11/13**

12:01 A.M. Eastern time at the location of the Residence Premises

PAGE 2

Forms and Endorsements applicable to this policy:

| CIT DP-3 01 12* | CIT 25 07 08 | CIT DL 24 01 01 12* | CIT 04 61 07 08 | CIT DL 24 11 01 12* | DL 24 16 07 88 |
|---|---|---|---|---|---|
| CIT DL 25 09 01 12* | | | | | |

**Rating Information:**

| Form Type | Year Built/ Verified | Town/Row House | Construction Type | BCEGS | Territory | Wind / Hail Exclusion | Mun Code Fire / Police |
|---|---|---|---|---|---|---|---|
| DP3 | 1952/Yes | No | Masonry | 99 | 361 / 045-W | No | 459 / 459 |

| County | Occupancy | Use | No. of Families | Protection Class | Dist To Hydrant | Dist To Fire Station |
|---|---|---|---|---|---|---|
| BROWARD | Tenant | Rental | 1 | 01 | 500 feet | 2 miles |

| Protective Device Credits | | No Prior Insurance Surcharge | Hurricane Deductible Zone | | |
|---|---|---|---|---|---|
| Fire Alarm | Sprinkler | | | | |
| No | No | No | III | | |

| Terrain / WBDR | Building Type | Roof Cover | Roof Deck | Roof-Wall Connection |
|---|---|---|---|---|
| C / IN | 1-4 Units | Non FBC Equivalent | A - 6d @ 6" / 12" | Toe Nails |

| Secondary Water Resistance | Roof Shape | Opening Protection | FBC Wind Speed | FBC Wind Design |
|---|---|---|---|---|
| No | Gable | None | N/A | N/A |

A premium adjustment of $0 is included to reflect the building's wind loss mitigation features or construction techniques that exists.

A premium adjustment of $0 is included to reflect the building code grade for your area. Adjustments range from a 5% surcharge to a 46% credit.

Your property coverage limits may have been adjusted for inflation.

Your policy premium has increased by $262. Of this amount:

The premium difference due to an approved rate change is $231
The premium difference due to changes in your coverage is $8
The premium difference due to mandatory additional charges plus FHCF Build-Up is $23

Authorized By: DENISE NICOLE SHANNON

|  |  |  |
|---|---|---|
|  |  |  |

Policy Number:FRJP4134941-05-0000

Policy Period: From 12/11/12 To 12/11/13

DP3DEC 01 11

12:01 A.M. Eastern time at the location of the Residence Premises

PAGE 3

# NEITHER "FLOOD" NOR "ORDINANCE OR LAW" COVERAGE IS PROVIDED IN THIS POLICY

---

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

---

# YOUR POLICY PROVIDES COVERAGE FOR A CATASTROPHIC GROUND COVER COLLAPSE THAT RESULTS IN THE PROPERTY BEING CONDEMNED AND UNINHABITABLE. OTHERWISE, YOUR POLICY DOES NOT PROVIDE COVERAGE FOR SINKHOLE LOSSES. YOU MAY PURCHASE ADDITIONAL COVERAGE FOR SINKHOLE LOSSES FOR AN ADDITIONAL PREMIUM.

# TO REPORT A CLAIM CALL (866) 411-2742

INFORMATION ABOUT YOUR POLICY MAY BE MADE AVAILABLE TO INSURANCE COMPANIES AND/OR AGENTS TO ASSIST THEM IN FINDING OTHER AVAILABLE INSURANCE MARKETS.

PLEASE CONTACT YOUR AGENT IF THERE ARE ANY QUESTIONS PERTAINING TO YOUR POLICY. IF YOU ARE UNABLE TO CONTACT YOUR AGENT, YOU MAY REACH CITIZENS AT (888) 685-1555.

FRJP4134941-05-0000

# Checklist of Coverage

**Policy Type:** _____ **Dwelling** _____

**(Indicate: Homeowner's, Condominium Unit Owner's, Tenant's, Dwelling, or Mobile Home Owner's)**

The following checklist is for informational purposes only. Florida law prohibits this checklist from changing any of the provisions of the insurance contract which is the subject of this checklist. Any endorsement regarding changes in types of coverage, exclusions, limitations, reductions, deductibles, coinsurance, renewal provisions, cancellation provisions, surcharges, or credits will be sent separately.

Reviewing this checklist together with your policy can help you gain a better understanding of your policy's actual coverages and limitations, and may even generate questions. By addressing any questions now, you will be more prepared later in the event of a claim. Experience has shown that many questions tend to arise regarding the coverage of attached or detached screened pool enclosures, screened porches, and other types of enclosures. Likewise, if your policy insures a condominium unit, questions may arise regarding the coverage of certain items, such as individual heating and air conditioning units; individual water heaters; floor, wall, and ceiling coverings; built-in cabinets and counter tops; appliances; window treatments and hardware; and electrical fixtures. A clear understanding of your policy's coverages and limitations will reduce confusion that may arise during claims settlement.

Please refer to the policy for details and any exceptions to the coverages listed in this checklist. All coverages are subject to the provisions and conditions of the policy and any endorsements. If you have questions regarding your policy, please contact your agent or company. Consumer assistance is available from the Department of Financial Services, Division of Consumer Services' Helpline at (800) 342-2762 or www.fldfs.com.

This form was adopted by the Florida Financial Services Commission.

| Dwelling Structure Coverage (Place of Residence) | | |
|---|---|---|
| Limit of Insurance: $193,400 | Loss Settlement Basis: Replacement Cost | |
| | (i.e.: Replacement Cost, Actual Cash Value, Stated Value, etc.) | |
| **Other Structure Coverage (Detached from Dwelling)** | | |
| Limit of Insurance: $3,868 | Loss Settlement Basis: Replacement Cost | |
| | (i.e.: Replacement Cost, Actual Cash Value, Stated Value, etc.) | |
| **Personal Property Coverage** | | |
| Limit of Insurance: $10,000 | Loss Settlement Basis: Actual Cash Value | |
| | (i.e.: Replacement Cost, Actual Cash Value, Stated Value, etc.) | |
| **Deductibles** | | |
| Annual Hurricane: $3,868 (2%) | All Perils (Other Than Hurricane): $2,500 | |

## Checklist of Coverage (continued)

The above Limit of Insurance, Deductibles, and Loss Settlement Basis apply to the following perils insured against:
(Items below marked Y (Yes) indicate coverage IS included, those marked N (No) indicate coverage is NOT included)

| | |
|---|---|
| Y | Fire or Lightning |
| Y | Hurricane |
| N | Flood (Including storm surge) |
| Y | Windstorm or Hail (other than hurricane) |
| Y | Explosion |
| Y | Riot or Civil Commotion |
| Y | Aircraft |
| Y | Vehicles |
| Y | Smoke |
| Y | Vandalism or Malicious Mischief |
| N | Theft |
| Y | Falling Objects |
| Y | Weight of Ice, Snow, or Sleet |
| Y | Accidental Discharge or Overflow of Water or Steam |
| Y | Sudden and Accidental Tearing Apart, Cracking, Burning or Bulging |
| Y | Freezing |
| Y | Sudden and Accidental Damage from Artificially Generated Electrical Current |
| Y | Volcanic Eruption |
| N | Sinkhole |
| Y | Any Other Peril Not Specifically Excluded (dwelling and other structures only) |

**Special limits and loss settlements exceptions may apply to certain items. Refer to your policy for details**

### Loss of Use Coverage

| | Coverage | Limit of Insurance | Time Limit |
|---|---|---|---|
| | (Items below marked Y (Yes) indicate coverage IS included, those marked N (No) indicate coverage is NOT included) | | |
| Y | Additional Living Expense | See Policy | 24 Consecutive Months |
| Y | Fair Rental Value | | 24 Consecutive Months |
| Y | Civil Authority Prohibits Use | | 2 Weeks |

### Property - Additional/Other Coverages

| | (Items below marked Y(Yes) indicate coverage IS included, those marked N (No) indicate coverage is NOT included) | Limit of Insurance | Amount of insurance is an additional amount of coverage or is included within the policy limit | |
|---|---|---|---|---|
| | | | Included | Additional |
| Y | Debris Removal | See Policy | Y | |
| Y | Reasonable Repairs | See Policy | Y | |
| Y | Property Removed | See Policy | Y | |
| N | Credit Card, Electronic Fund Transfer Card, or Access Device, Forgery and Counterfeit Money | | | |
| N | Loss Assessment | | | |
| Y | Collapse | See Policy | Y | |
| Y | Glass or Safety Glazing Material | See Policy | Y | |
| N | Landlord's Furnishings | | | |
| N | Law and Ordinance | | | |
| N | Grave Markers | | | |
| Y | Mold / Fungi | $10,000 | Y | |

**Special limits and loss settlements exceptions may apply to certain items. Refer to your policy for details**

## Checklist of Coverage (continued)

| Discounts | | |
|---|---|---|
| (Items below marked Y(Yes) indicate discount IS applied, those marked N (No) indicate discount is NOT applied) | | Dollar ($) Amount of Discount |
| N | Multiple Policy | |
| N | Fire Alarm / Smoke Alarm / Burglar Alarm | |
| N | Sprinkler | |
| N | Windstorm Loss Reduction | |
| N | Building Code Effectiveness Grading Schedule | |
| N | Other | |

| Insurer May Insert Any Other Property Coverage Below | | |
|---|---|---|
| (Items below marked Y (Yes) indicate Coverage IS included, those marked N (No) indicate coverage is NOT included) | Limit of Insurance | Loss Settlement Basis: (i.e.: Replacement Cost, Actual Cash Value, Stated Value, etc) |
| | | |
| | | |
| | | |
| | | |

### Personal Liability Coverage

Limit of Insurance:  $100,000

### Medical Payments to Others Coverage

Limit of Insurance:  $2,000

| Liability - Additional/Other Coverages | | | | |
|---|---|---|---|---|
| (Items below marked Y (Yes) indicate coverage IS included, those marked N (No) indicate coverage is NOT included) | Limit of Insurance | Amount of insurance is an additional amount of coverage or is included within the policy limit | | |
| | | | Included | Additional |
| Y | Claim Expenses | See Policy | | Y |
| Y | First Aid Expenses | See Policy | | Y |
| Y | Damage to Property of Others | $500 | | Y |
| N | Loss Assessment | | | |

| Insurer May Insert Any Other Liability Coverage Below | | |
|---|---|---|
| (Items below marked Y (Yes) indicate coverage IS included, those marked N (No) indicate coverage is NOT included) | | Limit of Insurance |
| Y | Mold Section II | $50,000 |
| | | |
| | | |
| | | |



Fidelity National Indemnity Insurance Company
P.O. Box 33003
St. Petersburg, FL 33733-8003
Customer Service: 1-800-820-3242
Claims: 1-800-725-9472

FFL 99.001 0712
0082931
9/12/12

2000 11523 FLD RGLR

## FLOOD DECLARATIONS PAGE

**Policy Type**

| Policy Number | Prior Policy Number | Renewal | FLD RGLR |
|---|---|---|---|
| 09 1150075315   03 | 09 1150075315   02 | Date of Issue   9/12/12 | Dwelling Form |

| Policy Period | | Term | Inception Date | Agent Code | Phone |
|---|---|---|---|---|---|
| From: 9/12/12 To: 9/12/13 | 12:01 am Standard Time | 1yr(s) | 9/12/09 12:01am | 0082931 | (954)792-3660 |

Agent (954)792-3660
FREEDOM INSURANCE AGENCY INC
101 S STATE ROAD 7
PLANTATION FL 33317-3733

ISRAEL KUSHNIR
3001 N OCEAN DR
HOLLYWOOD FL 33019-3709

Insured Location (if other than above)
335 MONROE ST, HOLLYWOOD FL 33019

Address may have been changed in accordance with USPS standards.

### Rating Information

| | | | |
|---|---|---|---|
| | | Community Name: HOLLYWOOD, CITY OF | |
| Grandfathered: | No | Community #: 125113 | Condo Type: N/A |
| Building Description: | Single Family | Map Panel/Suffix: 0319 F | |
| # of Floors: | One Floor | Community Rating: 06 / 20% | |
| Basement/Enclosure: | None | Program Status: Regular | Adjacent Grade: .0 |
| | | Flood Zone: AE | Elevation Diff: N/A |

| Coverage | | Deductible | Premium |
|---|---|---|---|
| BUILDING | $150,000 | $2,000 | $1,050.00 |
| CONTENTS | $0 | $0 | $.00 |
| | | PROBATION SURCHARGE: | $.00 |
| | | ANNUAL SUBTOTAL: | $1,050.00 |
| | | DEDUCTIBLE CREDIT: | $.00 |
| | | ICC PREMIUM: | $70.00 |
| | | COMMUNITY DISCOUNT: | $224.00 |
| | | TOTAL WRITTEN PREMIUM: | $896.00 |
| | | FEDERAL POLICY SERVICE FEE: | $40.00 |
| | | TOTAL PREMIUM: | $936.00 |

### THIS IS NOT A BILL

**DEAR MORTGAGEE**
The Reform Act of 1994 requires you to notify the WYO company for this policy within 60 days of any changes in the servicer of this loan.

The above message applies only when there is a mortgage on the insured location.

Premium Paid by:   Insured

### Special Provisions:

This policy covers only one building. If you have more than one building on your property, please make sure they are all covered. See III. Property Covered within your Flood policy for the NFIP definition of "building" or contact your agent, broker, or insurance company. Coverage Limitations may apply. Please refer to your Flood Insurance Policy for details.

### Forms and Endorsements:

FFLD99.100 0503 0503     FFL 99.310 0709 0707     FFL 99.116 1005 1005

This policy is issued by
  Fidelity National Indemnity Insurance Co
  Copy Sent To: As indicated on back or additional pages, if any.

Chief Operating Officer

0082931091150075315 12256      0000C

Company

FFL 99.001 0712
0082931
9/12/12


09 1150075315    03

Agent (954)792-3660                           Second Mortgagee
   FREEDOM INSURANCE AGENCY INC                   Loan TBA
   101 S STATE ROAD 7                             USA EXPRESS INC
   PLANTATION FL 33317-3733                       1744 S MIAMI AVE
                                                  MIAMI FL 33129-1511


0082931091150075315512256          0000C

                                              Company