

ORDERED in the Southern District of Florida on June 10, 2013.

_____
Raymond B. Ray, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:
**I. KUSHNIR HOTELS, INC.**           **CASE NO.:  13-18034-RBR**

   Debtor.                            **CHAPTER 11**
_____/

### INTERIM ORDER ON DEBTOR-IN-POSSESSION'S EMERGENCY MOTION TO AUTHORIZE USE OF CASH COLLATERAL [D.E. 11] AND SECURED CREDITORS EMERGENCY MOTION TO PROHIBIT USE OF CASH COLLATERAL AND FOR ADEQUATE PROTECTION [D.E. 12]

THIS MATTER came before the Court for hearing on April 25, 2013, and June 4, 2013, to consider Debtor's Emergency Motion to Authorize Use of Cash Collateral [D.E. 11] and Secured Creditors Emergency Motion to Prohibit Use of Cash Collateral [D.E.12 ].  Upon consideration of the competing motions and based on certain items of agreement between the Debtor and Secured Creditors, and with the Court being otherwise duly advised, it is

ORDERED:

**1.** The Debtor is authorized to use the cash collateral generated from the collection of rents, hotel fees and other regular income from the properties which it manages as set forth below until further hearing presently scheduled for **June 28, 2013 at 9:30 a.m. at 299 E. Broward Blvd., Courtroom 308, Ft. Lauderdale, FL 33301.**

2. All revenues generated from the subject properties shall be deposited into the DIP account without regard to whether the Debtor believes that some of such income is hotel revenues as opposed to rents. Each party reserves the right to put on evidence and argument regarding the characterization of such revenues at a final cash collateral hearing.

3. The tenants of the Debtor's properties are ordered to make future payments to the Debtor until further Order of this Court.

4. For the period set forth above the Debtor may pay its ordinary course business expenses in accordance with the attached Cash Flow Projection provided that no monthly expenditure for any line item exceeds the projected expense by more than 10% absent further order of this Court or consent of the Secured creditors. Disbursements can only be made as to actual expenses. The Debtor shall furnish evidence of the validity of such expenses (i.e., receipts, invoices, etc.) on a monthly basis no later than the 10th of each month for the previous month's expenditures.

5. Debtor shall hold the remaining money received from the operation of Debtor's business in the Debtor-in-Possession Account pending further order of this Court

6. Notwithstanding the provisions of Section 552(a) of the Bankruptcy Code, and in addition to the security interests preserved by Section 552(b) of the Bankruptcy Code, the Debtor grants in favor of Lenders, as security for all indebtedness that is owed by the Debtor to Lender, under its secured documentation, but only to the extent that Lender's cash collateral is used by the Debtor, a first priority post-petition security interest and lien in, to and against all of the Debtor's assets, to the same extent that the Lender held a properly perfected prepetition security

interest in such assets, except that the lien will not extend to Chapter 5 causes of actions or the proceeds thereof.

7. This Order is not intended to and shall not prejudice, alter, affect or waive any rights and/or remedies of the Debtor or Secured Creditors with respect to liens, claims and all other matters pertaining to these bankruptcy proceedings (including, but not limited to, all matters pertaining to cash and other collateral and issues of determination of what constitutes rental income) and does not bind any subsequently appointed trustee or Committee.

###

**Submitted by:**
DAVID W. LANGLEY
*Attorney for Debtor*
8551 W. Sunrise Boulevard, Suite 303
Plantation, Florida 33322
Telephone:   954-356-0450
Fax:             954-356-0451
E-mail: dave@flalawyer.com
Florida Bar Number 348279

The party submitting this order shall serve a copy of the signed order on all parties listed below and file with the court a certificate of service conforming with Local Rule 2002-1(F).

**Copies to:** Clerk, U.S. Bankruptcy Court, Office of the U.S. Trustee, all parties of interest