UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER: 13-18034-RBR |
| I. KUSHNIR HOTELS, INC. | } | |
| | } | JUDGE: RAYMOND B. RAY |
| | } | |
| DEBTOR. | } | CHAPTER 11 |

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM: MAY 1, 2013    TO: May 31, 2013

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

    /s/ David W. Langley
Attorney for Debtor's Signature

Debtor's Address
and Phone Number:

I. Kushnir Hotels, Inc.

3001 North Ocean Drive

Hollywood, FL 33019

Attorney's Address
and Phone Number:

8551 West Sunrise Blvd.

Suite 303

Plantation, FL 33322

954-356-0450

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)  Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)  Initial Filing Requirements
3)  Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/

MOR-1

I Kushnir Hotels Inc.
3001 North Ocean drive
Hollywood FL
33019
Phone 954 923 8093
Fax    954 923 6668

June 27, 2013

Chapter 11 Trustee

Re: Preparation of DIP reports for Chapter 11 of the above Corporation.

Dear sirs and or madam,

Please be advised that the current and past DIP reports were prepared by my secretary and myself.

As we are not accountants we find the filing of the reports somewhat difficult.

Last month we hired a book keeper from SNI employment agency, but after 2 days we let her go as she was making it more complicated.

In short we are doing the best we can with the reports, however, what we do rely on is our profit and loss statements which will be used for IRS filing later on.

Please do not hesitate to contact us for any further information.

Very truly yours

Israel Kushnir
Pres

David Langley attorney



**I. KUSHNIR HOTELS INC.**
3001 N OCEAN DR.
HOLLYWOOD, FL 33019-3709

1055
63-466/631

DATE 6/27/13

PAY TO THE ORDER OF __United States Trustee__  $ 650 xx/xx

__Six hundred & fifty xx/xx__ DOLLARS

REGIONS

FOR __case 13-18034-RBR__

⑆063104660⑆ 01121023408⑈ 1055

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNIG May 01, 2013 AND ENDING May 31, 2013

Name of Debtor: I Kushnir Hotels Inc.  
Case Number: _____  
Date of Petition: April 09, 2013

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | $4,003.22 (a) | $5,654.76 (b) |
| **2. RECEIPTS:** | | |
| A. Cash Sales | | |
|     Minus: Cash Refunds | (-) 1,300.00 | (-) $1,300.00 |
|     Net Cash Sales | | |
| B. Accounts Receivable | | |
| C. Other Receipts *(See MOR-3)* | $23,977.01 | $35,539.02 |
| (If you receive rental income, you must attach a rent roll.) | | |
| **3. TOTAL RECEIPTS** *(Lines 2A+2B+2C)* | $22,677.01 | $34,239.02 |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS** *(Line 1 + Line 3)* | $26,680.23 | $39,893.78 |
| **5. DISBURSEMENTS** | | |
| A. Advertising | | |
| B. Bank Charges | | |
| C. Contract Labor | | |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | $1,391.98 | $3,127.58 |
| F. Inventory Payments *(See Attach. 2)* | | |
| G. Leases | | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | $3,150.00 | $3,181.74 |
| J. Payroll - Net *(See Attachment 4B)* | $5,836.46 | $10,079.46 |
| K. Professional Fees (Accounting & Legal) | | |
| L. Rent | | |
| M. Repairs & Maintenance | $2,370.00 | $2,470.37 |
| N. Secured Creditor Payments *(See Attach. 2)* | | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | | |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | $2,654.74 | $2,654.74 |
| R. Telephone | $553.96 | $607.73 |
| S. Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | | |
| U. Utilities | $7,579.53 | $9,832.57 |
| V. Vehicle Expenses | | |
| W. Other Operating Expenses *(See MOR-3)* | | |
| **6. TOTAL DISBURSEMENTS** *(Sum of 5A thru W)* | $23,536.67 | $31,954.19 |
| **7. ENDING BALANCE** *(Line 4 Minus Line 6)* | $3,143.56 (c) | $7,939.59 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 25 day of June, 20 13.

_____  
(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.  
(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.  
(c) These two amounts will always be the same if form is completed correctly.

MOR-2

**I. Kushnir Hotels, Inc.**
**3001 North Ocean Drive**
**Hollywood Beach, FL 33019**
**Phone (954) 923-8093**
**Fax (954) 923-6668**

**2013 Income and Expense for**
For hotel and offices located at the above address
May 1, 2013- May 31, 2013

| | | |
|---|---|---|
| (+) Credit-collected rents/Room fees | $ | 8,725.00 |
| (+) Return | $ | 10.59 |
| (-) Reimbursement | $ | 1,300.00 |
| State Sales Tax and Broward County Tourist Development Tax | $ | 545.50 |
| Electric | $ | 372.98 |
| Water | $ | 498.55 |
| Garbage | $ | 427.32 |
| Cable | $ | 115.09 |
| Heating Gas | $ | 315.64 |
| Phone bills | $ | 553.96 |
| Landscape | $ | 120.00 |
| Exterminator | $ | 69.96 |
| Insurance | $ | 1,235.02 |
| Cleaning | $ | 172.00 |
| Property Manager | $ | 2,882.50 |
| Office supplies | $ | 3,150.00 |
| Maintenance Supplies | $ | 317.96 |
| SNI | $ | 20.12 |
| Maintenance | $ | 250.00 |
| Building Permit | $ | 600.00 |
| | | |
| Income | $ | 8,735.59 |
| Expense | $ | 12,946.60 |
| (-)Total | $ | 4,211.01 |

**I. Kushnir Hotels, Inc.**
**3001 North Ocean Drive**
**Hollywood Beach, FL 33019**
**Phone (954) 923-8093**
**Fax (954) 923-6668**

**2013 Income and Expense for**
**340 DeSoto Street**
**May 1, 2013 – May 31, 2013**

| | | |
|---|---|---:|
| (+) Credit-collected rents/Room fees | $ | 9,300.00 |
| State Sales Tax and Broward County Tourist Development Tax | $ | 1,592.54 |
| Reimbursement | $ | .00 |
| Electric | $ | 2,444.30 |
| Water | $ | 1,046.65 |
| Cable | $ | 1,418.22 |
| Garbage | $ | 668.70 |
| Exterminating | $ | 84.80 |
| Cleaning | $ | 192.00 |
| Insurance | $ | 156.96 |
| Maintenance Man | $ | 2,625.00 |
| Hotel Supplies | $ | 558.05 |
| Landscape | $ | 170.00 |
| | | |
| **Income:** | $ | 9,300.00 |
| **Expense:** | $ | 10,957.22 |
| **(-) Total:** | $ | 1,657.22 |

**I. Kushnir Hotels, Inc.**
**3001 North Ocean Drive**
**Hollywood Beach, FL 33019**
**Phone (954) 923-8093**
**Fax (954) 923-6668**

**2013 Income and Expense for**
335 Monroe Street, Hollywood Beach, FL 33019
May 1, 2013- May 31, 2013

| | | |
|---|---|---:|
| (+) Credit-collected rents/Room fees | $ | 2,000.00 |
| Water | $ | 272.08 |
| Landscape | $ | 80.00 |
| Maintenance | $ | 120.00 |
| | | |
| Income | $ | 2,000.00 |
| Expense | $ | 472.08 |
| (+)Total | $ | 1,527.92 |

**I. Kushnir Hotels, Inc.**
**3001 North Ocean Drive**
**Hollywood Beach, FL 33019**
**Phone (954) 923-8093**
**Fax (954) 923-6668**

**2013 Income and Expense for**
**601 South Ocean Drive, Hollywood Beach, FL 33019**
**May 1, 2013- May 31, 2013**

| | | |
|---|---:|---:|
| (+) Credit-collected rents/Room fees | $ | 3,952.01 |
| State Sales Tax and Broward County Tourist Development Tax | $ | 496.70 |
| | | |
| Income: | $ | 3,952.01 |
| Expense: | $ | 496.70 |
| (+) Total: | $ | 3,455.31 |

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Rental Income | $23,977.01 | $35,539.02 |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | $23,977.01 | $35,539.02 |

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor:  I. Kushnie Hotels Inc.          Case Number: _____

Reporting Period beginning  May 01, 2013          Period ending  May 31, 2013

ACCOUNTS RECEIVABLE AT PETITION DATE:  ____April 09, 2013_____

**ACCOUNTS RECEIVABLE RECONCILIATION**
(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $    NA    | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $_____ | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $_____ | * |
| End of Month Balance | $_____ | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:
_____
_____

**POST PETITION ACCOUNTS RECEIVABLE AGING**
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total | |
|---|---|---|---|---|---|
| $_____ | $_____ | $_____ | $_____ | $_____ | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c) These two amounts must equal.

MOR-4