**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: __I. Kushnir Hotels. Inc.__     Case Number: _____

Reporting Period beginning __May 01, 2013__     Period ending __May 31, 2013__

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>. <u>Do not</u> include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| NA | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT _____(b)

☐ Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

Opening Balance                                $_____(a)
  PLUS: New Indebtedness Incurred This Month   $_____
  MINUS: Amount Paid on Post Petition,
         Accounts Payable This Month           $_____
  PLUS/MINUS: Adjustments                      $_____ *
Ending Month Balance                           $_____(c)

*For any adjustments provide explanation and supporting documentation, if applicable.

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                              _____(d)

(a) This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c) The total of line (b) must equal line (c).
(d) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-5

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor: __I.Kushnir Hotels Inc.__          Case Number: _____

Reporting Period beginning __May 01, 2013__       Period ending __May 31, 2013__

## INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:        $ __NA__
INVENTORY RECONCILIATION:
    Inventory Balance at Beginning of Month     $_____(a)
        PLUS: Inventory Purchased During Month   $_____
        MINUS: Inventory Used or Sold            $_____
        PLUS/MINUS: Adjustments or Write-downs   $_____*
    Inventory on Hand at End of Month            $_____

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | | Total Inventory |
|---|---|---|---|---|---|
| _____ % | _____ % | _____ % | _____ % | = | ___100%* |

* Aging Percentages must equal 100%.
☐ Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**_____

## FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: _____(b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____
_____
_____

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month    $_____(a)(b)
    MINUS: Depreciation Expense                 $_____
    PLUS: New Purchases                         $_____
    PLUS/MINUS: Adjustments or Write-downs      $_____*
Ending Monthly Balance                          $_____

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD: _____
_____

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) Fair Market Value is the amount at which fixed assets could be sold under current economic conditions. Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

MOR-6

## ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: __I. Kushnir Hotels Inc.__    Case Number: _____

Reporting Period __May 01, 2013__    Period ending __May 31, 2013__

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: __Regions Bank__    BRANCH: __Hollywood__

ACCOUNT NAME: __I. Kushnir Hotels Inc.__    ACCOUNT NUMBER: __0147107340__

PURPOSE OF ACCOUNT: __OPERATING__

| | |
|---|---|
| Ending Balance per Bank Statement | $ 1,065.40 |
| Plus Total Amount of Outstanding Deposits | $ |
| Minus Total Amount of Outstanding Checks and other debits | $ 968.64 * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $ 96.76 **(a) |

*Debit cards are used by __Israel Kushnir and Christa Borjas__

**If Closing Balance is negative, provide explanation: _____

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____ Transferred to Payroll Account
$_____ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-7

# ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: __I. Kushnir Hotels Inc.__     Case Number: _____

Reporting Period beginning __May 01, 2013__    Period ending __May 31, 2013__

NAME OF BANK: __Regions Bank__    BRANCH: __Hollywood__

ACCOUNT NAME: __I. Kushnir Hotels Inc.__

ACCOUNT NUMBER: __0147107340__

PURPOSE OF ACCOUNT: __OPERATING__

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 5/01/13 | Debit | City of Hollywood | Water Bill | $478.56 |
| 5/01/13 | Debit | City of Hollywood | Water Bill | $459.03 |
| 5/01/13 | Debit | City of Hollywood | Water Bill | $342.67 |
| 5/01/13 | Debit | FPL | Electric Bill | $181.79 |
| 5/01/13 | Debit | FPL | Electric Bill | $119.67 |
| 5/01/13 | Debit | FPL | Electric Bill | $116.69 |
| 5/01/13 | Debit | FPL | Electric Bill | $115.94 |
| 5/01/13 | Debit | FPL | Electric Bill | $110.35 |
| 5/01/13 | Debit | FPL | Electric Bill | $ 98.27 |
| 5/01/13 | Debit | FPL | Electric Bill | $ 92.80 |
| 5/01/13 | Debit | FPL | Electric Bill | $ 86.32 |
| 5/01/13 | Debit | FPL | Electric Bill | $ 50.96 |
| 5/01/13 | Debit | Square Inc. | 130501A2 | $ 0.49 |
| 5/01/13 | I I | Freedom Ins. | Commercial 3001 | $1,221.60 |

TOTAL    $3,475.16

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor:  I. Kushnir Hotels Inc.      Case Number:

Reporting Period beginning  May 01, 2013      Period ending  May 31, 2013

NAME OF BANK:  Regions Bank         BRANCH:  Hollywood

ACCOUNT NAME:  I. Kushnir Hotels Inc.

ACCOUNT NUMBER:  0147107340

PURPOSE OF ACCOUNT:  OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 5/02/13 | I | Freedom Insurance | Pan American | $800.00 |
| 5/02/13 | VI | Irina Worosz | Refund #5 | $800.00 |
| 5/03/13 | Debit | Comcast | Cable | $694.27 |
| 5/03/13 | Debit | At&t | Phone Bill | $289.95 |
| 5/03/13 | Debit | Republic Service | Garbage collector | $193.18 |
| 5/03/13 | Debit | Comcast | Cable | $14.84 |
| 5/03/13 | VIII | Christa Borjas | Secretary 5/22-5/26/13 | $630.00 |
| 5/06/13 | Debit | TL Sales Inc. | Couches and Bed fram | $434.60 |
| 5/06/13 | Debit | ACE Waste Service | Garbage collector | $222.90 |
| 5/06/13 | Debit | Office Depot | Office Supplies | $125.83 |
| 5/06/13 | Debit | Comcast | Cable | $115.09 |
| 5/06/13 | IX | Wlliam Mike Neale | Maintenance 5/22-5/26/13 | $525.00 |
| 5/06/13 | VII | Oralia Garcia | Cleaning | $172.00 |
| 5/06/13 | 1001 | Carmen Vasquez | Cleaning | $96.00 |

TOTAL                                   $5,113.66

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor:  I. Kushnir Hotels Inc.   Case Number:

Reporting Period beginning  May 01, 2013   Period ending  May 31, 2013

NAME OF BANK:  Regions Bank   BRANCH:  Hollywood

ACCOUNT NAME:  I. Kushnir Hotels Inc.

ACCOUNT NUMBER:  0147107340

PURPOSE OF ACCOUNT:  OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 5/07/13 | Debit | At&t | Phone Bill | $ 39.56 |
| 5/07/13 | 1002 | N&S Landscape | Lawn care 3001 & 355 | $200.00 |
| 5/09/13 | Debit | City of Hollywood | Water Bill | $498.55 |
| 5/09/13 | Debit | City of Hollywood | Water Bill | $428.47 |
| 5/09/13 | Debit | City of Hollywood | Water Bill | $346.10 |
| 5/09/13 | Debit | Office Max | Office Supplies | $341.29 |
| 5/09/13 | Debit | The Home Depot | Maintenance Supplies | $317.96 |
| 5/09/13 | Debit | City of Hollywood | Water Bill | $272.08 |
| 5/09/13 | 1003 | Citizen | 3001 Insurance | $620.88 |
| 5/09/13 | 1004 | SNI Companies | Office Assistant 8/24/13 | $ 20.12 |
| 5/09/13 | 1010 | City Fire | Fire Ext. Certification | $ 80.56 |
| 5/10/13 | Debit | Harland Clark | Check Order | $ 81.45 |
| 5/10/13 | 1005 | FL. Dept.of Revenue | 601 Sales Tax March | $273.70 |
| 5/10/13 | 1006 | FL. Dept.of Revenue | 601 Sales Tax April | $223.70 |
| 5/10/13 | 1011 | Christa Borjas | Secretary 5/6/13-5/10/13 | $630.00 |
| TOTAL | | | | $4,374.42 |

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: __I. Kushnir Hotels Inc.__    Case Number:

Reporting Period beginning __May 01, 2013__    Period ending __May 31, 2013__

NAME OF BANK: __Regions Bank__    BRANCH: __Hollywood__

ACCOUNT NAME: __I. Kushnir Hotels Inc.__

ACCOUNT NUMBER: __0147107340__

PURPOSE OF ACCOUNT: __OPERATING__

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 5/13/13 | Debit | Enterprise | Car Rental | $734.94 |
| 5/13/13 | 1007 | FL. Dept.of Revenue | 3001 State Sales Dec.-Mar. | $545.50 |
| 5/13/13 | 1009 | AFCO | 3001 Insurance | $156.96 |
| 5/13/13 | 1012 | William Mike Neale | Maintenance 5/6-5/10/13 | $525.00 |
| 5/14/13 | Debit | Teco Peoples Gas | Gas | $307.20 |
| 5/14/13 | Debit | Verizon | Phone Bill | $ 50.57 |
| 5/14/13 | Debit | Teco Peoples Gas | Conv. Fee | $ 8.45 |
| 5/16/13 | 1014 | William Mike Neale | Advance | $100.00 |
| 5/17/13 | 1008 | FL. Dept. of Revenue | 340 Desoto Jan – Mar. | $1,592.54 |
| 5/17/13 | 1016 | Christa Borjas | Secretary 5/13-5/17/13 | $630.00 |
| 5/20/13 | Debit | Comcast | Cable | $694.27 |
| 5/20/13 | Debit | Ace Waste Services | Garbage collection | $445.80 |
| 5/20/13 | Debit | Republic Service | Garbage Collection | $234.14 |
| 5/20/13 | Debit | Terminix | Exterminator | $ 81.45 |
| 5/20/13 | Debit | Terminix | Exterminator | $ 69.96 |

TOTAL                                                                                   $6,176.78

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor:  I. Kushnir Hotels Inc.     Case Number:

Reporting Period beginning  May 01, 2013     Period ending  May 31, 2013

NAME OF BANK:  Regions Bank     BRANCH:  Hollywood

ACCOUNT NAME:  I. Kushnir Hotels Inc.

ACCOUNT NUMBER:  0147107340

PURPOSE OF ACCOUNT:  OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 5/20/13 | 1013 | Tony Willison Ent. | 355 Monroe | $120.00 |
| 5/20/13 | 1018 | William Mike Neale | 5/13-5/17/13 | $463.09 |
| 5/21/13 | Debit | FPL | Electric | $372.98 |
| 5/21/13 | Debit | FPL | Electric | $164.26 |
| 5/21/13 | Debit | FPL | Electric | $141.35 |
| 5/21/13 | Debit | FPL | Electric | $133.56 |
| 5/21/13 | Debit | FPL | Electric | $113.04 |
| 5/21/13 | Debit | FPL | Electric | $101.22 |
| 5/21/13 | Debit | FPL | Electric | $ 94.17 |
| 5/21/13 | Debit | FPL | Electric | $ 71.72 |
| 5/21/13 | Debit | FPL | Electric | $ 63.00 |
| 5/21/13 | Debit | FPL | Electric | $ 47.58 |
| 5/21/13 | 1015 | Archie Matos | Replace Door #5 | $250.00 |
| 5/23/13 | 1021 | George Castera | Office Assitance | $362.50 |
| 5/24/13 | 1019 | Pro Premium | 3001 Insurance | $228.59 |
| TOTAL | | | | $2,614.02 |

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: __I. Kushnir Hotels Inc.__   Case Number:

Reporting Period beginning __May 01, 2013__   Period ending __May 31, 2013__

NAME OF BANK: __Regions Bank__   BRANCH: __Hollywood__

ACCOUNT NAME: __I. Kushnir Hotels Inc.__

ACCOUNT NUMBER: __0147107340__

PURPOSE OF ACCOUNT: __OPERATING__

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 5/24/13 | 1025 | Christa Borjas | Secretary 5/20-5/24/13 | $630.00 |
| 5/28/13 | Debit | At&t | Phone Bill | $173.88 |
| 5/28/13 | 1022 | Moses Frazier | 340 Tree Cut | $170.00 |
| 5/28/13 | 1024 | William Mike Neale | Maintenance 5/21-5/24/13 | $525.00 |
| 5/28/13 | 1026 | William Mike Neale | Maintenance Adv. | $100.00 |
| 5/30/13 | Debit | Office Max | Office Supplies | $ 8.01 |
| 5/30/13 | 1027 | Hal Wilson | Building Permit | $600.00 |
| 5/31/13 | Debit | FPL | Electric | $219.84 |
| 5/31/13 | Debit | FPL | Electric | $212.28 |
| 5/31/13 | Debit | FPL | Electric | $168.40 |
| 5/31/13 | Debit | FPL | Electric | $164.67 |
| 5/31/13 | Debit | FPL | Electric | $143.92 |
| 5/31/13 | Debit | FPL | Electric | $130.52 |
| 5/31/13 | Debit | FPL | Electric | $109.82 |
| 5/31/13 | Debit | FPL | Electric | $105.43 |
| 5/31/13 | Debit | FPL | Electric | $ 70.59 |
|  | 1020 | Void |  | $ 00.00 |
|  | 1023 | Void |  | $ 00.00 |

TOTAL   $3,532.36

**REGIONS**

**Regions Bank**
Hollywood
450 North Park Road
Hollywood, FL 33021

I KUSHNIR HOTELS INC
DEBTOR IN POSSESSION
3001 N OCEAN DR
HOLLYWOOD FL 33019-3709

| | |
|---|---|
| ACCOUNT # | 0147107340 |
| | 092 |
| Cycle | 04 |
| Enclosures | 0 |
| Page | 1 of 3 |

## LIFEGREEN BUSINESS CHECKING
April 16, 2013 through May 10, 2013

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $0.00 | Minimum Balance | $600 |
| Deposits & Credits | $17,179.50 + | Average Balance | $2,696 |
| Withdrawals | $7,183.65 - | | |
| Fees | $0.00 - | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $8,318.56 - | | |
| **Ending Balance** | **$1,677.29** | | |

### DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---|
| 04/16 | Deposit - Thank You | 600.00 |
| 04/24 | Deposit - Thank You | 4,802.01 |
| 04/26 | Deposit - Thank You | 1,500.00 |
| 04/30 | Deposit - Thank You | 2,150.00 |
| 05/01 | Square Inc    130501B2 Israel Kushnir M159638922 | 964.85 |
| 05/01 | Square Inc    130501A2 Israel Kushnir M159489709 | 0.49 |
| 05/03 | Deposit - Thank You | 1,330.00 |
| 05/06 | Square Inc    130506B2 Israel Kushnir M160430269 | 434.10 |
| 05/07 | Deposit - Thank You | 2,500.00 |
| 05/07 | Square Inc    130507B2 Israel Kushnir M160564234 | 603.05 |
| 05/09 | Deposit - Thank You | 2,295.00 |
| | Total Deposits & Credits | $17,179.50 |

### WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 04/26 | Card Purchase Fema Flood Prem  9399 888-888-2169  MT 59901    0486 | 514.00 |
| 05/01 | Card Purchase Coh Utility Pay  9399 877-4880467  FL 33020    0486 | 478.56 |
| 05/01 | Card Purchase Coh Utility Pay  9399 877-4880467  FL 33020    0486 | 459.03 |
| 05/01 | Card Purchase Coh Utility Pay  9399 877-4880467  FL 33020    0486 | 342.67 |
| 05/01 | Fpl Direct Debit Elec Pymt I Kushnir Hote 6129489180 Webi | 181.79 |
| 05/01 | Fpl Direct Debit Elec Pymt I Kushnir Hote 3995570284 Webi | 119.67 |
| 05/01 | Fpl Direct Debit Elec Pymt I Kushnir Hote 2298549185 Webi | 116.69 |
| 05/01 | Fpl Direct Debit Elec Pymt I Kushnir Hote 1896200019 Webi | 115.94 |
| 05/01 | Fpl Direct Debit Elec Pymt I Kushnir Hote 8869830284 Webi | 110.35 |
| 05/01 | Fpl Direct Debit Elec Pymt I Kushnir Hote 1291898185 Webi | 98.27 |
| 05/01 | Fpl Direct Debit Elec Pymt I Kushnir Hote 6568840018 Webi | 92.80 |
| 05/01 | Fpl Direct Debit Elec Pymt I Kushnir Hote 3372496566 Webi | 86.32 |
| 05/01 | Fpl Direct Debit Elec Pymt I Kushnir Hote 0174459503 Webi | 50.95 |
| 05/01 | Square Inc    130501A2 Israel Kushnir M159479550 | 0.49 |
| 05/03 | Card Purchase Comcast Cable C  4899 800-Comcast  FL 33317    0486 | 694.27 |
| 05/03 | Card Purchase Att*bill Paymen  4814 866-620-6000  TX 75202    0486 | 289.95 |
| 05/03 | Card Purchase Republic Servic  4900 866-576-5548  AZ 85054    0486 | 193.18 |