

**Regions Bank**
Hollywood
450 North Park Road
Hollywood, FL 33021

I KUSHNIR HOTELS INC
DEBTOR IN POSSESSION
3001 N OCEAN DR
HOLLYWOOD FL 33019-3709

ACCOUNT #   0147107340

| | |
|---|---|
| Cycle | 092 |
| Enclosures | 04 |
| Page | 0 |
| | 1 of 3 |

## LIFEGREEN BUSINESS CHECKING
May 11, 2013 through June 10, 2013

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $1,677.29 | Minimum Balance | $1,023 |
| Deposits & Credits | $20,888.66 + | Average Balance | $2,658 |
| Withdrawals | $9,933.50 − | | |
| Fees | $15.81 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $9,718.82 − | | |
| **Ending Balance** | **$2,897.82** | | |

### DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---|
| 05/13 | Deposit - Thank You | 2,300.00 |
| 05/14 | Square Inc    130514C2 Israel Kushnir M161630884 | 1,809.15 |
| 05/16 | Deposit - Thank You | 2,000.00 |
| 05/21 | Deposit - Thank You | 4,852.01 |
| 05/30 | Square Inc    130530C2 Israel Kushnir M164735775 | 972.50 |
| 06/03 | Square Inc    130603B2 Israel Kushnir M165328538 | 3,473.55 |
| 06/05 | Deposit - Thank You | 1,450.00 |
| 06/06 | Square Inc    130606C2 Israel Kushnir M165816451 | 1,531.45 |
| 06/07 | Deposit - Thank You | 1,425.00 |
| 06/10 | Deposit - Thank You | 1,075.00 |
| | Total Deposits & Credits | $20,888.66 |

### WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 05/13 | Card Purchase Enterprise Rent 3405 Pembroke Pine FL 33024   0486 | 734.94 |
| 05/14 | Teco Peoples Gas Natrl Gas I. Kushnir Hot 091995713001 | 307.20 |
| 05/14 | Verizon        Paymentone 08669820126 | 50.57 |
| 05/14 | Convenience Fee  Conv Fee I. Kushnir Hot 091995713001 | 8.45 |
| 05/20 | Card Purchase Comcast Cable C 4899 800-Comcast FL 33317   0486 | 694.27 |
| 05/20 | Card Purchase Ace Waste Servi 2842 954-472-6700 FL 33317   0486 | 445.80 |
| 05/20 | Card Purchase Republic Servic 4900 866-576-5548 AZ 85054   0486 | 234.14 |
| 05/20 | Card Purchase Terminix Intl 2 7342 800-837-6464 FL 33610   0486 | 84.80 |
| 05/20 | Card Purchase Terminix Intl 2 7342 800-837-6464 FL 33610   0486 | 69.96 |
| 05/21 | Fpl Direct Debit Elec Pymt I Kushnir Hote 5350020524 Webi | 372.98 |
| 05/21 | Fpl Direct Debit Elec Pymt I Kushnir Hote 6129489180 Webi | 164.26 |
| 05/21 | Fpl Direct Debit Elec Pymt I Kushnir Hote 1896200019 Webi | 141.35 |
| 05/21 | Fpl Direct Debit Elec Pymt I Kushnir Hote 2298549185 Webi | 133.56 |
| 05/21 | Fpl Direct Debit Elec Pymt I Kushnir Hote 1291898185 Webi | 113.04 |
| 05/21 | Fpl Direct Debit Elec Pymt I Kushnir Hote 3995570284 Webi | 101.22 |
| 05/21 | Fpl Direct Debit Elec Pymt I Kushnir Hote 8869830284 Webi | 94.17 |
| 05/21 | Fpl Direct Debit Elec Pymt I Kushnir Hote 3372496566 Webi | 71.72 |
| 05/21 | Fpl Direct Debit Elec Pymt I Kushnir Hote 0174459503 Webi | 63.00 |

**Regions Bank**
Hollywood
450 North Park Road
Hollywood, FL 33021

```
I KUSHNIR HOTELS INC
DEBTOR IN POSSESSION
3001 N OCEAN DR
HOLLYWOOD FL 33019-3709
```

ACCOUNT #        0147107340

|  | |
|---|---|
| Cycle | 092 04 |
| Enclosures | 0 |
| Page | 2 of 3 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 05/21 | Fpl Direct Debit Elec Pymt I Kushnir Hote 6568840018 Webi | 47.58 |
| 05/28 | Card Purchase At&t*bill Payme 4814 800-288-2020 TX 75202    0486 | 173.88 |
| 05/30 | Pin Purchase Office Max 177   5943 Hallandale   FL         0486 | 18.01 |
| 05/31 | Fpl Direct Debit Elec Pymt I Kushnir Hote 2298549185 Webi | 219.84 |
| 05/31 | Fpl Direct Debit Elec Pymt I Kushnir Hote 6129489180 Webi | 212.28 |
| 05/31 | Fpl Direct Debit Elec Pymt I Kushnir Hote 1291898185 Webi | 168.40 |
| 05/31 | Fpl Direct Debit Elec Pymt I Kushnir Hote 6568840018 Webi | 164.67 |
| 05/31 | Fpl Direct Debit Elec Pymt I Kushnir Hote 3995570284 Webi | 143.92 |
| 05/31 | Fpl Direct Debit Elec Pymt I Kushnir Hote 1896200019 Webi | 130.52 |
| 05/31 | Fpl Direct Debit Elec Pymt I Kushnir Hote 3372496566 Webi | 109.82 |
| 05/31 | Fpl Direct Debit Elec Pymt I Kushnir Hote 8869830284 Webi | 105.43 |
| 05/31 | Fpl Direct Debit Elec Pymt I Kushnir Hote 0174459503 Webi | 70.59 |
| 06/03 | Card Purchase Fedexoffice   0  7338 Hollywood       FL 33021    0486 | 360.00 |
| 06/03 | Card Purchase Fedexoffice   0  7338 Hollywood       FL 33021    0486 | 243.48 |
| 06/03 | Card Purchase Fedexoffice   0  7338 Hollywood       FL 33021    0486 | 113.63 |
| 06/03 | Card Purchase Fedexoffice   0  7338 Hollywood       FL 33021    0486 | 20.03 |
| 06/03 | Card Purchase Fedexoffice   0  7338 Hollywood       FL 33021    0486 | 15.48 |
| 06/04 | Recurring Card Transaction Att*bill Paymen  4814 866-620-6000  TX 75202    0486 | 137.22 |
| 06/04 | Card Purchase Comcast Cable C  4899 800-Comcast   FL 33317    0486 | 121.66 |
| 06/05 | Fpl Direct Debit Elec Pymt I Kushnir Hote 5350020524 Webi | 507.62 |
| 06/06 | Broward County   Tax Coll. I Kushnir Hote 7772810 | 2,924.30 |
| 06/10 | Recurring Card Transaction Att*bill Paymen  4899 800-288-2020  TX 75202    0486 | 39.71 |
| | Total Withdrawals | $9,933.50 |

## FEES

| Date | Description | Amount |
|---|---|---|
| 06/03 | Cash Deposit Fee | 15.81 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 05/13 | 1007 | 545.50 | 05/28 | 1022 | 170.00 |
| 05/17 | 1008 | 1,592.54 | 05/28 | 1024 * | 525.00 |
| 05/13 | 1009 | 156.96 | 05/24 | 1025 | 630.00 |
| 05/13 | 1012 * | 525.00 | 05/28 | 1026 | 100.00 |
| 05/20 | 1013 | 120.00 | 05/30 | 1027 | 600.00 |
| 05/16 | 1014 | 100.00 | 06/03 | 1028 | 338.64 |
| 05/21 | 1015 | 250.00 | 06/03 | 1029 | 630.00 |
| 05/17 | 1016 | 630.00 | 06/04 | 1030 | 150.00 |
| 05/28 | 1017 | 96.00 | 06/06 | 1031 | 410.00 |
| 05/20 | 1018 | 463.09 | 06/07 | 1032 | 90.00 |
| 05/24 | 1019 | 228.59 | 06/07 | 1033 | 630.00 |
| 05/23 | 1021 * | 362.50 | 06/10 | 1035 * | 375.00 |
| | | | | Total Checks | $9,718.82 |

* Break In Check Number Sequence.

**Regions Bank**
Hollywood
450 North Park Road
Hollywood, FL 33021

```
I KUSHNIR HOTELS INC
DEBTOR IN POSSESSION
3001 N OCEAN DR
HOLLYWOOD FL 33019-3709
```

ACCOUNT #  0147107340

|  |  | 092 |
| --- | --- | --- |
| Cycle |  | 04 |
| Enclosures |  | 0 |
| Page |  | 3 of 3 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
| --- | --- | --- | --- | --- | --- |
| 05/13 | 2,014.89 | 05/23 | 3,959.85 | 06/04 | 2,393.00 |
| 05/14 | 3,457.82 | 05/24 | 3,101.26 | 06/05 | 3,335.38 |
| 05/16 | 5,357.82 | 05/28 | 2,036.38 | 06/06 | 1,532.53 |
| 05/17 | 3,135.28 | 05/30 | 2,390.87 | 06/07 | 2,237.53 |
| 05/20 | 1,023.22 | 05/31 | 1,065.40 | 06/10 | 2,897.82 |
| 05/21 | 4,322.35 | 06/03 | 2,801.88 |  |  |

**WAITING FOR DEPOSITS CAN SLOW DOWN YOUR BUSINESS RECONCILIATION PROCESS. REGIONS MERCHANT SERVICES OFFERS NEXT-BUSINESS-DAY FUNDING WHEN YOUR CREDIT AND DEBIT CARD PAYMENTS ARE DEPOSITED TO A REGIONS CHECKING ACCOUNT. TALK TO YOUR REGIONS BANKER TO FIND OUT MORE.**

**For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.
Thank You For Banking With Regions!**

## ATTACHMENT 4B

## MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor: __I. Kushnir Hotels Inc.__       Case Number: _____

Reporting Period beginning __May 01, 2013__    Period ending __May 31, 2013__

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: __NA__      BRANCH: _____

ACCOUNT NAME: _____      ACCOUNT NUMBER: _____
PURPOSE OF ACCOUNT: __PAYROLL__

| | |
|---|---|
| Ending Balance per Bank Statement | $_____ |
| Plus Total Amount of Outstanding Deposits | $_____ |
| Minus Total Amount of Outstanding Checks and other debits | $_____ * |
| Minus Service Charges | $_____ |
| Ending Balance per Check Register | $_____ **(a) |

*Debit cards must not be issued on this account.

**If Closing Balance is negative, provide explanation:_____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

# ATTACHMENT 5B
# CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor:  I Kushnir Hotels Inc.          Case Number: _____

Reporting Period beginning  May 01, 2013         Period ending  May 31, 2013

NAME OF BANK: _____           BRANCH: _____

ACCOUNT NAME:  _____NA_____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:  _____PAYROLL_____

Account for all disbursements, including voids, lost payments, stop payment, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| NA   |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                                     $ _____

MOR-10

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor: __I. Kushnir Hotels Inc.__    Case Number: _____

Reporting Period beginning __May 01, 2013__    Period ending __May 31, 2013__

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: ____NA____    BRANCH: _____

ACCOUNT NAME: _____    ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: ____TAX____

| | |
|---|---|
| Ending Balance per Bank Statement | $ _____ |
| Plus Total Amount of Outstanding Deposits | $ _____ |
| Minus Total Amount of Oustanding Checks and other debits | $ _____ * |
| Minus Service Charges | $ _____ |
| Ending Balance per Check Register | $ _____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:** _____

The following disbursements were paid by Cash: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| ___ | _____ | _____ | _____ | _____ |
| ___ | _____ | _____ | _____ | _____ |
| ___ | _____ | _____ | _____ | _____ |
| ___ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| ___ | _____ | _____ | _____ | _____ |
| ___ | _____ | _____ | _____ | _____ |
| ___ | _____ | _____ | _____ | _____ |
| ___ | _____ | _____ | _____ | _____ |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-12

**ATTACHMENT 5C**

**CHECK REGISTER - TAX ACCOUNT**

Name of Debtor:  I. Kushnir Hotels Inc.            Case Number: _____

Reporting Period beginning  May 01,2013            Period ending  May 31, 2013

NAME OF BANK: _____            BRANCH: _____

ACCOUNT NAME: _____            ACCOUNT # _____

PURPOSE OF ACCOUNT:         TAX _____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust/

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| NA | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                                 _____(d)

SUMMARY OF TAXES PAID

Payroll Taxes Paid                                                    _____(a)
Sales & Use Taxes Paid                                                _____(b)
Other Taxes Paid                                                      _____(c)
TOTAL                                                                 _____ (d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately. Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| NA | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

TOTAL                              $_____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts. If there are no receipts, provide an explanation** _____
_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)   $_____**
**(c)**

(c) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-14

**ATTACHMENT 6**

**MONTHLY TAX REPORT**

Name of Debtor:  I. Kushnir Hotels Inc.          Case Number: _____

Reporting Period beginning  May 01, 2013          Period ending  May 31, 2013

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| Broward County Tourist Development Tax | 5/20/13 | Uncollected Tourist Tax | $120.69 | June 2013 | May 2013 |
| State of Florida Sales Tax | 5/20/13 | Uncollected State Tax | $198.20 | June 2013 | May 2013 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | $ 318.89 | | |

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor: __I. Kushnir Hotels Inc.__    Case Number: _____

Reporting Period beginning __May 01, 2013__    Period ending __May 31, 2013__

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**PERSONNEL REPORT**

|  | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | | |
| Number hired during the period | | |
| Number terminated or resigned during period | | |
| Number of employees on payroll at end of period | | |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Nova Casualty Company | (866) 633-6945 | FLB-CL-0012301.0 | General Liability | 8/6/13 | |
| Citizen Property Insur Corporation | | 526075 | Wind | 8/13/13 | |
| American Bankers Insurance Company Of Florida | | 0115702613 | Flood | 8/4/13 | |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| None | | | |

____ Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.

MOR-16

## **ATTACHMENT 8**

## **SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

Increase in Real Estate value.

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.

MOR-17