## Ann Schottenfeld

| | |
|---|---|
| **From:** | William L. Gardiner, III [WGardiner@conradscherer.com] |
| **Sent:** | Tuesday, June 18, 2013 4:26 PM |
| **To:** | Howard DuBosar |
| **Cc:** | Ann Schottenfeld; 'ba@katzbarron.com'; Tess Novak; Kathy Doyle; 'brad@beillylaw.com'; 'john@beillylaw.com'; 'patty@dubolaw.com'; 'dfreudman@aol.com'; 'jcbrady@arnstein.com'; 'rmiller@anselmiller.com'; David Schottenfeld; Tess Novak |

**Subject:** RE: RSAS, LLC, v I. KUSHNIR HOTELS, INC

confirmed

William L. Gardiner, III

**From:** Howard DuBosar [mailto:DuBosarH@dubolaw.com]
**Sent:** Tuesday, June 18, 2013 4:25 PM
**To:** William L. Gardiner, III
**Cc:** 'Ann Schottenfeld'; 'ba@katzbarron.com'; Tess Novak; Kathy Doyle; 'brad@beillylaw.com'; 'john@beillylaw.com'; 'patty@dubolaw.com'; 'dfreudman@aol.com'; 'jcbrady@arnstein.com'; 'rmiller@anselmiller.com'; 'david@djspalaw.com'; Tess Novak
**Subject:** RE: RSAS, LLC, v I. KUSHNIR HOTELS, INC

If acceptable to all, I will have Tess make the modifications. If the pagination does not change, then she will circulate the pages for initialing by all parties in lieu of re-executing the entire agreement. Please confirm your agreement to the foregoing.


Howard D. DuBosar
The DuBosar Law Group, P.A.
1800 N. Military Trail
Suite 470
Boca Raton, FL 33431

Phone: 561-544-8980
Fax:   561-544-8988
Email: dubosarh@dubolaw.com
Internet: www.dubolaw.com

**From:** William L. Gardiner, III [mailto:WGardiner@conradscherer.com]
**Sent:** Tuesday, June 18, 2013 4:02 PM
**To:** Howard DuBosar
**Cc:** 'Ann Schottenfeld'; 'ba@katzbarron.com'; Tess Novak; Kathy Doyle; 'brad@beillylaw.com'; 'john@beillylaw.com'; 'patty@dubolaw.com'; 'dfreudman@aol.com'; 'jcbrady@arnstein.com'; 'rmiller@anselmiller.com'; 'david@djspalaw.com'
**Subject:** RSAS, LLC, v I. KUSHNIR HOTELS, INC

Howard,

I have met with my client and reviewed the proposed settlement. The following are the changes/revisions we request:

1.   My client's name is Jennifer Heinssen, not Jennifer Kushnir and its never been Kushnir. Her name

should be Jennifer Heinssen throughout the documents;

2.  On page 5, paragraph II of the Settlement Agreement it states, On August 28, 2012, the Kushnir Parties filed their Answer, Affirmative Defenses, Claim and Third Party Complaint, (the "Answer"). This paragraph should state: On August 28, 2012, Israel Kushnir files his Answer, Affirmative Defenses, Counter-Claim and Third-Party Complaint, (the "Answer"). Jennifer was joined as an additional party defendant by the Plaintiff because she was in a dissolution proceeding with Israel and she may have claimed an interest in one or more of the properties and not because she was legally obligated under any of the mortgages or notes. Jennifer filed an Answer on September 6, 2012.

Other than that my client is ready to sign the settlement agreement.

William L. Gardiner, III, Esq.
Conrad & Scherer, LLP
633 S. Federal Highway, 8th Floor
Post Office Box 14723
Fort Lauderdale, FL 33302
954-462-5500
954-847-3395 Direct Line
954-463-9244 Facsimile
www.conradscherer.com
wlg@conradscherer.com

**NOTICE TO ALL PARTIES**: Commencing on September 1, 2012, please send all "SERVICE OF COURT DOCUMENT" e-notifications to wlgpleadings@conradscherer.com in accordance with the Florida Rules of Judicial Administration 2.516(b)(1)(E).



The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

6/19/2013