

**ORDERED in the Southern District of Florida on July 11, 2013.**

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

Case No.: 13-18034-BKC-RBR
Chapter 11

In re:

I. KUSHNIR HOTELS, INC.

                    Debtor.

_____/

## ORDER DIRECTING APPOINTMENT OF CHAPTER 11 TRUSTEE

This matter came before the Court on July 9, 2013, upon the hearing on the *Emergency Motion to Authorize Continued Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Bankruptcy Rule 4001* (DE # 40), the *Renewed Motion to Dismiss and to Enforce Settlement Agreement* (DE # 42), and the objections thereto. The Court, having considered the motions, the Debtor's response, statements of counsel for the United States Trustee, the Debtor, and the creditors present at the hearing, and based on the circumstances of this case, and for the reasons stated on the record which are incorporated by reference herein, the Court

**ORDERS** as follows:

      1.      The United States Trustee is directed to immediately appoint a Chapter 11 Trustee pursuant to 11 U.S.C §§1104.

###

Submitted by:
Damaris Rosich-Schwartz, Esq.
Trial Attorney
U.S. Trustee's Office
51 SW 1st Ave.
Miami, FL 33130
Phone: (305) 536-7285
Fax: (305) 536-7360

**The Clerk of the Court is directed to serve a copy of this Order on all creditors and parties in interest and file a certificate of service.**